**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARED EDWARDS,<br><br>                                    Plaintiff(s)<br>        v.<br>KEENEN IVORY WAYANS, ET AL.,<br><br>                                    Defendant(s). | CASE NUMBER<br><br>2:10-CV-02231-R-RC<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT<br>ATTORNEY TO APPEAR IN A SPECIFIC<br>CASE |

The Court, having reviewed the accompanying Application of <u>Ariel Y. Graff</u>,
*Applicant's Name*

of <u>Thompson Wigdor & Gilly LLP / 85 Fifth Avenue, New York, NY 10003</u>
*Firm Name / Address*

<u>(212) 257-6800</u>                                                   <u>agraff@twglaw.com</u>
*Telephone Number*                                                      *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of:   Plaintiff

<u>Jared Edwards</u>

and the designation of <u>Brian T. Dunn / 176502</u>
*Local Counsel Designee /State Bar Number*

of <u>The Cochran Firm / 4929 Wilshire Blvd., 1010, Los Angeles, CA 90010</u>
*Local Counsel Firm / Address*

<u>(323) 931-6200</u>                                                   <u>bdunn@cochranfirm.com</u>
*Telephone Number*                                                      *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated <u>May 6, 2010</u>

                                                           Manuel L. Real
                                                           U. S. District Judge