1  Bryan J. Freedman, Esq. (SBN 151990)
     bfreedman@ftllp.com
2  September Rea (SBN 261121)
     srea@ftllp.com
3  FREEDMAN & TAITELMAN, LLP
   1901 Avenue of the Stars, Suite 500
4  Los Angeles, CA  90067
   Telephone: (310) 201-0005
5  Facsimile: (310) 201-0045

6  Attorneys for Defendants Keenen Ivory Wayans,
   Shawn Wayans, Marlon Wayans,
7  Wayans Bros. Productions, and
   SMP, LLC incorrectly named St. Martin's
8  Press, Inc. (now known as SMP (1952) Inc.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED EDWARDS, | CASE NO. 2:10-cv-02231 R (RCX) |
| Plaintiff | [*Honorable Manuel Real,*<br>*Courtroom 8, USDC - Central District*] |
| vs. | **[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT** |
| KEENEN IVORY WAYANS, SHAWN WAYANS, MARLON WAYANS, WAYANS BROTHERS PRODUCTIONS, AND ST. MARTIN'S PRESS, INC., | Date: January 18, 2011<br>Time: 10:00 a.m.<br>Location.: Courtroom 8 |
| Defendants. | |
| | [Filed Concurrently With Notice of Motion and Joint Motion for Summary Judgment; Statement of Uncontroverted Facts and Conclusions of Law; Declarations of Jay S. Glick, September Rea, Paul S. Sleven and Elizabeth Beier; Request for Judicial Notice and [Proposed] Judgment] |

1      The motion of defendants Keenen Ivory Wayans, Shawn Wayans, Marlon
2  Wayans, and Wayans Bros. Productions (hereinafter the "Wayans") and St.
3  Martin's Press, Inc. (now known as SMP (1952) Inc.) ("SMP") (collectively
4  "Defendants") for summary judgment, or in the alternative for summary
5  adjudication, came on for hearing before this Court on January 18, 2011, at 10:00
6  a.m., before the Honorable Manuel Real in Courtroom 8 of the United States
7  District Court for the Central District of California.  Counsel of record for Plaintiff
8  Jared Edwards appeared on behalf of Plaintiff.  Counsel of record, September Rea
9  and Bryan Freedman with the law firm of Freedman & Taitelman, LLP appeared
10 on behalf of all Defendants.
11     After considering the moving and opposition papers, arguments of counsel
12 and all other matters presented to the Court, IT IS HEREBY ORDERED THAT
13 the motion is GRANTED.

Dated_____

_____
The Honorable Manuel Real
United States District Judge

[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT