1  Bryan J. Freedman, Esq. (SBN 151990)
   bfreedman@ftllp.com
2  September Rea (SBN 261121)
   srea@ftllp.com
3  FREEDMAN & TAITELMAN, LLP
   1901 Avenue of the Stars, Suite 500
4  Los Angeles, CA  90067
   Telephone: (310) 201-0005
5  Facsimile: (310) 201-0045

6  Attorneys for Defendants Keenen Ivory Wayans,
   Shawn Wayans, Marlon Wayans,
7  Wayans Bros. Productions, and
   SMP, LLC incorrectly named St. Martin's
8  Press, Inc. (now known as SMP (1952) Inc.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED EDWARDS, | CASE NO. 2:10-cv-02231 R (RCX) |
| Plaintiff | [*Honorable Manuel Real,*<br>*Courtroom 8, USDC - Central District*] |
| vs. | **[PROPOSED] JUDGMENT** |
| KEENEN IVORY WAYANS, SHAWN WAYANS, MARLON WAYANS, WAYANS BROTHERS PRODUCTIONS, AND ST. MARTIN'S PRESS, INC., | |
| Defendants. | [Filed Concurrently With Notice of Motion and Joint Motion for Summary Judgment; Statement of Uncontroverted Facts and Conclusions of Law; Declarations of Jay S. Glick, September Rea, Paul S. Sleven, and Elizabeth Beier; Request for Judicial Notice and [Proposed] Order Granting Summary Judgment] |

1

1  This action came on for hearing before the Court on January 18, 2011, the
2  Honorable Manuel Real, District Court Judge Presiding, on a motion for summary
3  judgment, and the evidence presented having been fully considered, the issues
4  having been duly heard and a decision having been duly rendered,

5  **IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff Jared
6  Edwards shall take nothing, that the action be dismissed in its entirety on the
7  merits, and that defendants Keenen Ivory Wayans, Shawn Wayans, Marlon
8  Wayans, Wayans Bros. Productions, Inc. (incorrectly named as Wayans Brothers
9  Productions, Inc.) and St. Martin's Press, Inc. (now known as SMP (1952) Inc.)
10 shall recover their costs.

12 Dated_____

14  _____
    The Honorable Manuel Real
15  United States District Judge