Bryan J. Freedman, Esq. (SBN 151990)
    bfreedman@ftllp.com
September Rea (SBN 261121)
    srea@ftllp.com
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA  90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendants Keenen Ivory Wayans,
Shawn Wayans, Marlon Wayans,
Wayans Bros. Productions, and
SMP, LLC incorrectly named St. Martin's
Press, Inc. (now known as SMP (1952) Inc.)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED EDWARDS,<br><br>     Plaintiff<br><br>vs.<br><br>KEENEN IVORY WAYANS, SHAWN WAYANS, MARLON WAYANS, WAYANS BROTHERS PRODUCTIONS, AND ST. MARTIN'S PRESS, INC.,<br><br>     Defendants. | CASE NO. 2:10-cv-02231 R (RCX)<br><br>[*Honorable Manuel Real,<br>Courtroom 8, USDC - Central District*]<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS KEENEN IVORY WAYANS, SHAWN WAYANS, MARLON WAYANS, WAYANS BROS. PRODUCTIONS AND ST. MARTIN'S PRESS, INC.**<br><br>Date:  January 18, 2011<br>Time:  10:00 a.m.<br>Location.: Courtroom 8<br><br>[Filed Concurrently With Notice of Motion and Motion for Summary Judgment; Statement of Uncontroverted Facts and Conclusions of Law; and Declarations of September Rea, Esq. and Jay S. Glick and Elizabeth Beier] |

1

Defendants Keenen Ivory Wayans, Shawn Wayans, Marlon Wayans, Wayans Bros. Productions, Inc. and St. Martin's Press, Inc., by and through their attorneys of record, hereby respectfully request that the Court take judicial notice pursuant to Federal Rules of Evidence 201 and 902(4) of the following matters submitted in support of their Motion for Summary Judgment

1.      Plaintiff Jared Edwards filed a Complaint and Demand For Jury Trial in the United States District Court for the Southern District of New York, Case NO. 09-CV-10236 on December 17, 2009.  A true and correct copy of the Complaint is attached hereto as **Exhibit "A"**.

2.      On March 11, 2009, defendants Keenen Ivory Wayans, Shawn Wayans, Marlon Wayans, Wayans Bros. Productions (improperly named was Wayans Brothers Productions) (collectively, the "Wayans") filed a Motion to Transfer the case to the Central District of California pursuant to 28 U.S.C. 1404(a).  A true and correct copy of the Motion to Transfer is attached hereto as **Exhibit "B"**.

3.      On this same date, the Wayans, by and through their attorneys of record, filed a Memorandum of Law in support of the Motion to Transfer.  A true and copy of the Memorandum of Law is attached hereto as **Exhibit "C"**.

4.      On March 12, 2010, the United States District Court Judge ordered that the case entitled *Jared Edwards v. Keenen Ivory Wayans, et al.*, Case No. 09-Civ-10263 (CM) be transferred to the Central District of California pursuant to 28 U.S.C. § 1404(a) for substantially the reasons stated in defendants' memorandum in support of transfer.  A true and correct copy of this Order is attached hereto as **Exhibit "D"**.

5.      The work entitled "101 Ways to Know You're a Golddigger" was registered with the United States Copyright Office, Registration No. TX 7-064-388, effective July 6, 2009 by Keenen Ivory Wayans, Shawn Wayans, and Marlon Wayans.  This record is self-authenticating pursuant to Federal Rule of Evidence

REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

1   902(4).  A certified copy of the Certification of Registration is attached hereto as

2   **Exhibit "E"**.

3   6.   The work entitled "You know you're a Gold Digger when…" was

4   registered with the United States Copyright Office, Registration No. TXu 1-612-

5   358, effective August 23, 2009 by Jared Edwards.  This record is self-

6   authenticating pursuant to Federal Rule of Evidence 902(4).  A certified copy of

7   the Certification of Registration is attached hereto as **Exhibit "F"**.

8

9

10   Dated: December 17, 2010          FREEDMAN & TAITELMAN, LLP

11                                                     By:   ____/s/_____

12                                                            Bryan J. Freedman, Esq.
                                                              September Rea, Esq.
13                                                            Attorneys for Defendants Keenen Ivory
                                                              Wayans, Shawn Wayans, Marlon Wayans,
14                                                            Wayans Brothers Productions, and St.
                                                              Martin's Press, Inc. (now known as SMP)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT