1   Bryan J. Freedman, Esq. (SBN 151990)
       bfreedman@ftllp.com
2   September Rea (SBN 261121)
       srea@ftllp.com
3   FREEDMAN & TAITELMAN, LLP
    1901 Avenue Of The Stars, Suite 500
4   Los Angeles, CA 90067
    Telephone: (310) 201-0005
5   Facsimile: (310) 201-0045

6   Attorneys for Defendants Keenen Ivory Wayans,
    Shawn Wayans, Marlon Wayans,
7   Wayans Bros. Productions, and
    St. Martin's Press, Inc. (now known as
8   SMP (1952) Inc.)

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

13   JARED EDWARDS,                 )   CASE NO. 2:10-cv-02231 R (RCX)
                                     )
14              Plaintiff           )   **DECLARATION OF JAY S.**
                                     )   **GLICK IN SUPPORT OF**
15                                   )   **MOTION FOR SUMMARY**
     vs.                             )   **JUDGMENT**
16                                   )
                                     )   Date: January 18, 2011
17   KEENEN IVORY WAYANS,           )   Time: 10:00 a.m.
18   SHAWN WAYANS, MARLON           )   Location.: Courtroom 8
     WAYANS, WAYANS BROTHERS        )
19   PRODUCTIONS, AND ST.           )
     MARTIN'S PRESS, INC.,          )
20                                   )   [Filed Concurrently With Notice of
                                     )   Motion and Motion for Summary
21              Defendants.         )   Judgment, Statement of
                                     )   Uncontroverted Facts and
22                                   )   Conclusions of Law; Declarations of
                                     )   September Rea, Elizabeth Beier, and
23                                   )   Paul Sleven; Request for Judicial
                                     )   Notice and [Proposed] Order
24                                   )   Granting Summary Judgment]
                                     )
25                                   )

26   ///

27   ///

28
                                    1
              DECLARATION OF JAY S. GLICK IN SUPPORT OF
              JOINT MOTION FOR SUMMARY JUDGMENT

1    I, Jay S. Glick, declare as follows:

2    1.    I am a shareholder and founder of Montgomery, Glick & Company,

3    an Accountancy Corporation organized under the laws of the State of California

4    ("Montgomery Glick").  I have been with Montgomery Glick since it was formed

5    in 1994.  I am a certified public account licensed by the State of California.  Based

6    on my employment at Montgomery Glick, I have personal knowledge of the

7    matters set forth herein.

8    2.    The principal office of Montgomery Glick is located 5951 Variel

9    Avenue, Woodland Hills, California 91367.  Montgomery Glick has acted as the

10   business manager for Marlon Wayans, Shawn Wayans, Keenen Ivory Wayans

11   (collectively the "Wayans") and various entities owned and/or controlled by the

12   Wayans.  Montgomery Glick has managed the accounts and business affairs of the

13   Wayans' entities for over ten (10) years.    These entities include:

14       a.  SMK Merchandising, LLC, a California limited liability company,

15          owned in equal shares by Shawn Wayans, Marlon Wayans and

16          Keenen Ivory Wayans (33.33% each) ("SMK");

17       b.  5 D Comics, LLC, a California limited liability company, owned in

18          equal shares by Shawn Wayans, Marlon Wayans and Keenen Ivory

19          Wayans (33.33% each) ("5D");

20       c.  Wayans Bros. Productions, Inc., a California S-Corp, owned in

21          equal shares by Shawn Wayans, Marlon Wayans and Keenen Ivory

22          Wayans (33.33% each) ("Wayans Bros.");

23       d.  Keenen Ivory Wayans' loan-out company, Ivory Way, Inc. a

24          California corporation ("Ivory Way");

25       e.  Shawn Wayans' loan-out company, Next to Last Productions, Inc.,

26          a California corporation ("Next to Last"); *and*

27       f.  Marlon Wayans' loan-out company, Baby Way Productions, Inc., a

28          California S-Corp ("Baby Way").

2

1    3.    Montgomery Glick, in the ordinary course of its business as business

2  manager for the Wayans, maintains the Paychex payroll service reports for current

3  and former employees of the Wayans, including payroll records and copies of W2s

4  filed for current and former employees of Baby Way, Next to Last, Ivory Way,

5  Wayans Bros., 5D and SMK.

6    4.    In 2004, 2005, and 2006, Wayans Bros., by Montgomery Glick and

7  through Paychex, issued W2s for wages paid to and withholdings made on behalf

8  of Jared Edwards.  A true and correct copy of the Employer Reference Copy of

9  each W2 issued by Wayans Bros. for Jared Edwards is attached hereto as **Exhibit**

10  **"A"** and incorporated herein by this reference.

11    5.    As part of its payroll records, Montgomery Glick maintains

12  information in Quickbooks for Wayans Bros.  A detailed summary of transactions

13  maintained in Quickbooks for wages paid to Jared Edwards by Wayans Bros. from

14  on or about February 25, 2004 through October 6, 2006 is attached hereto as

15  **Exhibit "B"** and incorporated herein by this reference.

16    6.    In 2005 and 2006, Next to Last (Shawn Wayans' loan-out company),

17  by Montgomery Glick and through Paychex, issued W2s for wages paid to and

18  withholdings made on behalf of Jared Edwards.  A true and correct copy of the

19  Employer Reference Copy of each W2 issued by Next to Last for Jared Edwards is

20  attached hereto as **Exhibit "C"**.  As indicated in the W2s, Next to Last employed

21  Jared Edwards and made appropriate state and federal tax withholdings for him.

22    7.    As part of its payroll records, Montgomery Glick maintains

23  information in Quickbooks for Next to Last.  A detailed summary of transactions

24  maintained in Quickbooks for wages paid to Jared Edwards by Next to Last from

25  on or about October 28, 2005 through August 11, 2006 is attached hereto as

26  **Exhibit "D"** and incorporated herein by this reference.

27  ///

28  ///

3

DECLARATION OF JAY S. GLICK IN SUPPORT OF
JOINT MOTION FOR SUMMARY JUDGMENT

8.    In 2005 and 2006, Baby Way (Marlon Wayans' loan-out company), by Montgomery Glick and through Paychex, issued W2s for wages paid to and withholdings made on behalf of Jared Edwards.  A true and correct copy of the Employer Reference Copy of each W2 issued by Baby Way for Jared Edwards is attached hereto as **Exhibit "E"**.  As indicated in the W2s, Baby Way employed Jared Edwards and made appropriate state and federal tax withholdings for him.

9.    As part of its payroll records, Montgomery Glick maintains information in Quickbooks for Baby Way.  A detailed summary of transactions maintained in Quickbooks for wages paid to Jared Edwards by Baby Way from on or about October 28, 2005 through August 11, 2006 is attached hereto as **Exhibit "F"** and incorporated herein by this reference.

10.    As Shawn Wayans' business manager and accountants, Montgomery Glick maintains information in Quickbooks for Shawn Wayans in the ordinary course and scope of business.  This information includes wages, reimbursements, bonuses, and amounts paid by Shawn Wayans personally to Jared Edwards.  A detailed summary of transactions maintained in Quickbooks for amounts paid to Jared Edwards by Shawn Wayans from on or about August 2, 2000 through October 13, 2004 is attached hereto as **Exhibit "G"** and incorporated herein by this reference.

11.    As Marlon Wayans' business manager and accountants, Montgomery Glick maintains information in Quickbooks for Marlon Wayans in the ordinary course and scope of business.  This information includes wages, reimbursements, bonuses, and amounts paid by Marlon Wayans personally to Jared Edwards.  A detailed summary of transactions maintained in Quickbooks for amounts paid to Jared Edwards by Marlon Wayans from on or about August 31, 2000 through January 30, 2003 is attached hereto as **Exhibit "H"** and incorporated herein by this reference.

///

DECLARATION OF JAY S. GLICK IN SUPPORT OF
JOINT MOTION FOR SUMMARY JUDGMENT

1      12.    As the business manager for the Wayans, I have personal knowledge

2  that during 2004 through 2007, the Wayans—through SMK—employed Nancy

3  (Ahyoung) Kim.

4      13.    As the business manager for the Wayans, I have personal knowledge

5  that from March 2004 through April 2010, the Wayans—through SMK and 5D—

6  have employed Darren Huang as an illustrator/artist.

7      14.    As the business manager for the Wayans, I have personal knowledge

8  that during 2005 and 2006, the Wayans—through SMK—employed Jose David

9  Torres as an illustrator/artist.

10     15.    As the business manager for the Wayans, I have personal knowledge

11  that during 2006, the Wayans—through SMK and 5D—utilized Layron Dejarnette

12  as an independent contractor illustrator/artist.

13     I declare under penalty of perjury that the foregoing is true and correct.

14  Executed within the United States on December, 14, 2010.

15

16                           JAY S. GLICK

17

18

19

20

21

22

23

24

25

26

27

28

5

DECLARATION OF JAY S. GLICK IN SUPPORT OF
JOINT MOTION FOR SUMMARY JUDGMENT

# Exhibit "A"

## Form W-2 Wage and Tax Statement 2004

**EMPLOYER REFERENCE COPY – DO NOT FILE**

05001

| a Control number 0083-N469 | | |
| --- | --- | --- |
| 000019-000100 | Void | c Employer's name, address, and ZIP code |

b Employer identification number
11-3667065

d Employee's social security number

c Employer's name, address, and ZIP code
WAYANS BROS PRODUCTIONS
MONTGOMERY GLICK & CO
5951 VARIEL AVE
WOODLAND HILLS CA 91367

Department of the Treasury – Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 29400.00 | 2 Federal income tax withheld 2789.12 |
| --- | --- |
| 3 Social security wages 29400.00 | 4 Social security tax withheld 1822.80 |
| 5 Medicare wages and tips 29400.00 | 6 Medicare tax withheld 426.30 |

| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other CASDI 346.92 |

12 See instr. for Box 12

e Employee's name, address, and ZIP code
JARED EDWARDS
PO BOX 4008
INGLEWOOD CA 90309

| 7 Social security tips | 8 Allocated tips |
| --- | --- |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | |

| 15 State CA | Employer's state ID No. | 16 State wages, tips, etc. 29400.00 | 17 State income tax 678.72 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

---

## Form W-2 Wage and Tax Statement 2005

**EMPLOYER REFERENCE COPY – DO NOT FILE**

06001

| a Control number 0083-N469 | | |
| --- | --- | --- |
| 000019-000100 | | c Employer's name, address, and ZIP code |

b Employer identification number
11-3667065

d Employee's social security number

c Employer's name, address, and ZIP code
WAYANS BROS PRODUCTIONS
MONTGOMERY GLICK & CO
5951 VARIEL AVE
WOODLAND HILLS CA 91367

Department of the Treasury – Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 31200.00 | 2 Federal income tax withheld 2968.04 |
| --- | --- |
| 3 Social security wages 31200.00 | 4 Social security tax withheld 1934.40 |
| 5 Medicare wages and tips 31200.00 | 6 Medicare tax withheld 452.40 |

| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other CASDI 336.96 |

12 See instr. for Box 12

e Employee's name, address, and ZIP code
JARED EDWARDS
PO BOX 4008
INGLEWOOD CA 90309

| 7 Social security tips | 8 Allocated tips |
| --- | --- |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | |

| 15 State CA | Employer's state ID No. | 16 State wages, tips, etc. 31200.00 | 17 State income tax 699.40 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

---

## Form W-2 Wage and Tax Statement 2006

**EMPLOYER REFERENCE COPY – DO NOT FILE**

| a Control number 0083-N469 | | |
| --- | --- | --- |
| 000019-000100 | Void | c Employer's name, address, and ZIP code |

b Employer identification number
11-3667065

d Employee's social security number

c Employer's name, address, and ZIP code
WAYANS BROS PRODUCTIONS
MONTGOMERY GLICK & CO
5951 VARIEL AVE
WOODLAND HILLS CA 91367

Department of the Treasury – Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation 24000.00 | 2 Federal income tax withheld 2250.00 |
| --- | --- |
| 3 Social security wages 24000.00 | 4 Social security tax withheld 1488.00 |
| 5 Medicare wages and tips 24000.00 | 6 Medicare tax withheld 348.00 |

| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other CASDI 192.00 |

12 See instr. for Box 12

e Employee's name, address, and ZIP code
JARED EDWARDS
PO BOX 4008
INGLEWOOD CA 90309

| 7 Social security tips | 8 Allocated tips |
| --- | --- |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | |

| 15 State CA | Employer's state ID No. | 16 State wages, tips, etc. 24000.00 | 17 State income tax 513.20 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**WAYANS 0009**

# Exhibit "B"

11:49 AM
02/03/10
Cash Basis

# Wayans Bros. Productions
## Transaction Detail By Account
### All Transactions

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|

**Salaries - Office**
**Edwards**

W-2 Wages

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| Check | 2/25/2004 | 1282 | JARED EDWARDS | | 600.00 | | 600.00 |
| Check | 2/26/2004 | 1283 | JARED EDWARDS | | 600.00 | | 1,200.00 |
| Check | 3/2/2004 | 1285 | JARED EDWARDS | | 600.00 | | 1,800.00 |
| Check | 3/10/2004 | 1293 | JARED EDWARDS | | 600.00 | | 2,400.00 |
| Check | 3/10/2004 | 1284 | JARED EDWARDS | | 600.00 | | 3,000.00 |
| Check | 3/10/2004 | 1295 | JARED EDWARDS | | 600.00 | | 3,600.00 |
| Check | 3/16/2004 | 1303 | JARED EDWARDS | | 600.00 | | 4,200.00 |
| Check | 3/23/2004 | 1311 | JARED EDWARDS | | 600.00 | | 4,800.00 |
| Check | 3/31/2004 | 1319 | JARED EDWARDS | | 600.00 | | 5,400.00 |
| Check | 4/8/2004 | 1326 | JARED EDWARDS | | 600.00 | | 6,000.00 |
| Check | 4/16/2004 | 1332 | JARED EDWARDS | | 600.00 | | 6,600.00 |
| Check | 4/20/2004 | 1341 | JARED EDWARDS | | 600.00 | | 7,200.00 |
| Check | 4/27/2004 | 1348 | JARED EDWARDS | | 600.00 | | 7,800.00 |
| Check | 5/4/2004 | 1355 | JARED EDWARDS | | 600.00 | | 8,400.00 |
| Check | 5/12/2004 | 1363 | JARED EDWARDS | | 600.00 | | 9,000.00 |
| Check | 5/18/2004 | 1370 | JARED EDWARDS | | 600.00 | | 9,600.00 |
| Check | 5/25/2004 | 1377 | JARED EDWARDS | | 600.00 | | 10,200.00 |
| Check | 6/1/2004 | 1384 | JARED EDWARDS | | 600.00 | | 10,800.00 |
| Check | 6/9/2004 | 1391 | JARED EDWARDS | | 600.00 | | 11,400.00 |
| Check | 6/14/2004 | 1398 | JARED EDWARDS | | 600.00 | | 12,000.00 |
| Check | 6/22/2004 | 1405 | JARED EDWARDS | | 600.00 | | 12,600.00 |
| Check | 7/2/2004 | 1412 | JARED EDWARDS | | 600.00 | | 13,200.00 |
| Check | 7/8/2004 | 1419 | JARED EDWARDS | | 600.00 | | 13,800.00 |
| Check | 7/12/2004 | 1426 | JARED EDWARDS | | 600.00 | | 14,400.00 |
| Check | 7/21/2004 | 1434 | JARED EDWARDS | | 600.00 | | 15,000.00 |
| Check | 7/28/2004 | 1442 | JARED EDWARDS | | 600.00 | | 15,600.00 |
| Check | 8/4/2004 | 1450 | JARED EDWARDS | | 600.00 | | 16,200.00 |
| Check | 8/13/2004 | 1458 | JARED EDWARDS | | 600.00 | | 16,800.00 |
| Check | 8/20/2004 | 1466 | JARED EDWARDS | | 600.00 | | 17,400.00 |
| Check | 8/27/2004 | 1474 | JARED EDWARDS | | 600.00 | | 18,000.00 |
| Check | 9/3/2004 | 1482 | JARED EDWARDS | | 600.00 | | 18,600.00 |
| Check | 9/10/2004 | 1490 | JARED EDWARDS | | 600.00 | | 19,200.00 |
| Check | 9/17/2004 | 1498 | JARED EDWARDS | | 600.00 | | 19,800.00 |
| Check | 9/24/2004 | 1505 | JARED EDWARDS | | 600.00 | | 20,400.00 |
| Check | 10/1/2004 | 1513 | JARED EDWARDS | | 600.00 | | 21,000.00 |
| Check | 10/8/2004 | 1521 | JARED EDWARDS | | 600.00 | | 21,600.00 |
| Check | 10/15/2004 | 1529 | JARED EDWARDS | | 600.00 | | 22,200.00 |
| Check | 10/22/2004 | 1537 | JARED EDWARDS | | 600.00 | | 22,800.00 |
| Check | 10/29/2004 | 1545 | JARED EDWARDS | | 600.00 | | 23,400.00 |
| Check | 11/5/2004 | 1553 | JARED EDWARDS | | 600.00 | | 24,000.00 |
| Check | 11/12/2004 | 1561 | JARED EDWARDS | | 600.00 | | 24,600.00 |
| Check | 11/19/2004 | 1569 | JARED EDWARDS | | 600.00 | | 25,200.00 |
| Check | 11/24/2004 | 1577 | JARED EDWARDS | | 600.00 | | 25,800.00 |
| Check | 12/3/2004 | 1585 | JARED EDWARDS | | 600.00 | | 26,400.00 |
| Check | 12/10/2004 | 1593 | JARED EDWARDS | | 600.00 | | 27,000.00 |
| Check | 12/17/2004 | 1601 | JARED EDWARDS | | 600.00 | | 27,600.00 |
| Check | 12/24/2004 | 1614 | JARED EDWARDS | 12/24/04 | 600.00 | | 28,200.00 |
| Check | 12/24/2004 | 1615 | JARED EDWARDS | 12/31/04 | 600.00 | | 28,800.00 |
| Check | 12/24/2004 | 1616 | JARED EDWARDS | MERRY CHRI... | 600.00 | | 29,400.00 |
| Check | 1/7/2005 | 1630 | JARED EDWARDS | | 600.00 | | 30,000.00 |
| Check | 1/14/2005 | 1638 | JARED EDWARDS | | 600.00 | | 30,600.00 |
| Check | 1/21/2005 | 1646 | JARED EDWARDS | | 600.00 | | 31,200.00 |
| Check | 1/28/2005 | 1654 | JARED EDWARDS | | 600.00 | | 31,800.00 |
| Check | 2/4/2005 | 1662 | JARED EDWARDS | | 600.00 | | 32,400.00 |
| Check | 2/11/2005 | 1670 | JARED EDWARDS | | 600.00 | | 33,000.00 |
| Check | 2/18/2005 | 1678 | JARED EDWARDS | | 600.00 | | 33,600.00 |
| Check | 2/25/2005 | 1686 | JARED EDWARDS | | 600.00 | | 34,200.00 |
| Check | 3/4/2005 | 1694 | JARED EDWARDS | | 600.00 | | 34,800.00 |
| Check | 3/11/2005 | 1702 | JARED EDWARDS | | 600.00 | | 35,400.00 |
| Check | 3/18/2005 | 1709 | JARED EDWARDS | | 600.00 | | 36,000.00 |
| Check | 3/25/2005 | 1718 | JARED EDWARDS | | 600.00 | | 36,600.00 |
| Check | 3/31/2005 | 1726 | JARED EDWARDS | | 600.00 | | 37,200.00 |
| Check | 4/8/2005 | 1735 | JARED EDWARDS | | 600.00 | | 37,800.00 |
| Check | 4/15/2005 | 1743 | JARED EDWARDS | | 600.00 | | 38,400.00 |
| Check | 4/22/2005 | 1752 | JARED EDWARDS | | 600.00 | | 39,000.00 |
| Check | 4/29/2005 | 1761 | JARED EDWARDS | | 600.00 | | 39,600.00 |
| Check | 5/6/2005 | 1770 | JARED EDWARDS | | 600.00 | | 40,200.00 |
| Check | 5/13/2005 | 1779 | JARED EDWARDS | | 600.00 | | 40,800.00 |
| Check | 5/20/2005 | 1789 | JARED EDWARDS | | 600.00 | | 41,400.00 |
| Check | 5/27/2005 | 1798 | JARED EDWARDS | | 600.00 | | 42,000.00 |
| Check | 6/3/2005 | 1808 | JARED EDWARDS | | 600.00 | | 42,600.00 |
| Check | 6/10/2005 | 1818 | JARED EDWARDS | | 600.00 | | 43,200.00 |
| Check | 6/17/2005 | 1828 | JARED EDWARDS | | 600.00 | | 43,800.00 |
| Check | 6/24/2005 | 1838 | JARED EDWARDS | | 600.00 | | 44,400.00 |
| Check | 7/1/2005 | 1846 | JARED EDWARDS | | 600.00 | | 45,000.00 |
| Check | 7/8/2005 | 1858 | JARED EDWARDS | | 600.00 | | 45,600.00 |

Page 1

11:49 AM
02/03/10
Cash Basis

# Wayans Bros. Productions
## Transaction Detail By Account
### All Transactions

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| Check | 7/15/2005 | 1868 | JARED EDWARDS | | 600.00 | | 46,200.00 |
| Check | 7/22/2005 | 1878 | JARED EDWARDS | | 600.00 | | 46,800.00 |
| Check | 7/29/2005 | 1888 | JARED EDWARDS | | 600.00 | | 47,400.00 |
| Check | 8/5/2005 | 1898 | JARED EDWARDS | | 600.00 | | 48,000.00 |
| Check | 8/12/2005 | 1908 | JARED EDWARDS | | 600.00 | | 48,600.00 |
| Check | 8/19/2005 | 1916 | JARED EDWARDS | | 600.00 | | 49,200.00 |
| Check | 8/25/2005 | 1928 | JARED EDWARDS | | 600.00 | | 49,800.00 |
| Check | 9/2/2005 | 1938 | JARED EDWARDS | | 600.00 | | 50,400.00 |
| Check | 9/9/2005 | 1948 | JARED EDWARDS | | 600.00 | | 51,000.00 |
| Check | 9/16/2005 | 1958 | JARED EDWARDS | | 600.00 | | 51,600.00 |
| Check | 9/23/2005 | 1968 | JARED EDWARDS | | 600.00 | | 52,200.00 |
| Check | 9/30/2005 | 1978 | JARED EDWARDS | | 600.00 | | 52,800.00 |
| Check | 10/7/2005 | 1988 | JARED EDWARDS | | 600.00 | | 53,400.00 |
| Check | 10/14/2005 | 1995 | JARED EDWARDS | | 600.00 | | 54,000.00 |
| Check | 10/21/2005 | 2002 | JARED EDWARDS | | 600.00 | | 54,600.00 |
| Check | 10/28/2005 | 2008 | JARED EDWARDS | | 600.00 | | 55,200.00 |
| Check | 11/4/2005 | 2018 | JARED EDWARDS | | 600.00 | | 55,800.00 |
| Check | 11/11/2005 | 2032 | JARED EDWARDS | W/E 11/11 | 600.00 | | 56,400.00 |
| Check | 11/11/2005 | 2039 | JARED EDWARDS | W/E 11/18 | 600.00 | | 57,000.00 |
| Check | 11/25/2005 | 2046 | JARED EDWARDS | w/e 11/25 | 600.00 | | 57,600.00 |
| Check | 11/25/2005 | 2052 | JARED EDWARDS | w/e 12/2 | 600.00 | | 58,200.00 |
| Check | 11/30/2005 | 2025 | JARED EDWARDS | W/E 12/9 | 600.00 | | 58,800.00 |
| Check | 12/8/2005 | 2058 | JARED EDWARDS | W/E 12/9 | 600.00 | | 59,400.00 |
| Check | 12/22/2005 | 2071 | JARED EDWARDS | W/E 12/30 | 600.00 | | 60,000.00 |
| Check | 12/22/2005 | 2070 | JARED EDWARDS | W/E 12/23 | 600.00 | | 60,600.00 |
| Check | 1/5/2006 | 2085 | JARED EDWARDS | w/e 12/30/05 | 600.00 | | 61,200.00 |
| Check | 1/6/2006 | 2092 | JARED EDWARDS | w/e 1/6/06 | 600.00 | | 61,800.00 |
| Check | 1/10/2006 | 2099 | JARED EDWARDS | w/e 1/13 | 600.00 | | 62,400.00 |
| Check | 1/17/2006 | 2106 | JARED EDWARDS | w/e 1/20 | 600.00 | | 63,000.00 |
| Check | 1/17/2006 | 2113 | JARED EDWARDS | w/e 1/27 | 600.00 | | 63,600.00 |
| Check | 2/3/2006 | 2120 | JARED EDWARDS | w/e 2/3/06 | 600.00 | | 64,200.00 |
| Check | 2/3/2006 | 2127 | JARED EDWARDS | w/e 2/10/06 | 600.00 | | 64,800.00 |
| Check | 2/14/2006 | 2134 | JARED EDWARDS | W/E 2/17/06 | 600.00 | | 65,400.00 |
| Check | 3/3/2006 | 2141 | JARED EDWARDS | w/e 2/25/06 | 600.00 | | 66,000.00 |
| Check | 3/10/2006 | 2148 | JARED EDWARDS | w/e 3/3/06 | 600.00 | | 66,600.00 |
| Check | 3/17/2006 | 2155 | JARED EDWARDS | w/e 3/10/06 | 600.00 | | 67,200.00 |
| Check | 3/24/2006 | 2162 | JARED EDWARDS | w/e 3/17/06 | 600.00 | | 67,800.00 |
| Check | 3/31/2006 | 2170 | JARED EDWARDS | w/e 3/24/06 | 600.00 | | 68,400.00 |
| Check | 4/7/2006 | 2178 | JARED EDWARDS | w/e 3/31/06 | 600.00 | | 69,000.00 |
| Check | 4/14/2006 | 2185 | JARED EDWARDS | w/e 4/7/06 | 600.00 | | 69,600.00 |
| Check | 4/21/2006 | 2192 | JARED EDWARDS | w/e 4/14/06 | 600.00 | | 70,200.00 |
| Check | 4/28/2006 | 2199 | JARED EDWARDS | w/e 4/21/06 | 600.00 | | 70,800.00 |
| Check | 5/5/2006 | 2206 | JARED EDWARDS | W/E 4/28/06 | 600.00 | | 71,400.00 |
| Check | 5/12/2006 | 2214 | JARED EDWARDS | w/e 5/5/06 | 600.00 | | 72,000.00 |
| Check | 5/19/2006 | 2222 | JARED EDWARDS | W/E 5/12/06 | 600.00 | | 72,600.00 |
| Check | 5/26/2006 | 2230 | JARED EDWARDS | W/E 5/19/06 | 600.00 | | 73,200.00 |
| Check | 6/2/2006 | 2238 | JARED EDWARDS | w/e 5/26/06 | 600.00 | | 73,800.00 |
| Check | 6/9/2006 | 2247 | JARED EDWARDS | W/E 6/2/06 | 600.00 | | 74,400.00 |
| Check | 6/16/2006 | 2256 | JARED EDWARDS | W/E 6/9/06 | 600.00 | | 75,000.00 |
| Check | 6/23/2006 | 2264 | JARED EDWARDS | W/E 6/16/06 | 600.00 | | 75,600.00 |
| Check | 6/30/2006 | 2272 | JARED EDWARDS | W/E 6/23/06 | 600.00 | | 76,200.00 |
| Check | 7/7/2006 | 2280 | JARED EDWARDS | W/E 6/30/06 | 600.00 | | 76,800.00 |
| Check | 7/14/2006 | 2289 | JARED EDWARDS | W/E 7/7/06 | 600.00 | | 77,400.00 |
| Check | 7/21/2006 | 2295 | JARED EDWARDS | W/E 7/14/06 | 600.00 | | 78,000.00 |
| Check | 7/28/2006 | 2304 | JARED EDWARDS | W/E 7/21/06 | 600.00 | | 78,600.00 |
| Check | 8/4/2006 | 2313 | JARED EDWARDS | W/E 7/28/06 | 600.00 | | 79,200.00 |
| Check | 8/11/2006 | 2322 | JARED EDWARDS | W/E 8/4/06 | 600.00 | | 79,800.00 |
| Check | 8/18/2006 | 2331 | JARED EDWARDS | W/E 8/11/06 | 600.00 | | 80,400.00 |
| Check | 8/25/2006 | 2340 | JARED EDWARDS | W/E 8/18/06 | 600.00 | | 81,000.00 |
| Check | 9/1/2006 | 2349 | JARED EDWARDS | W/E 8/25/06 | 600.00 | | 81,600.00 |
| Check | 9/8/2006 | 2356 | JARED EDWARDS | W/E 9/1/06 | 600.00 | | 82,200.00 |
| Check | 9/15/2006 | 2388 | JARED EDWARDS | W/E 9/8/06 | 600.00 | | 82,800.00 |
| Check | 9/22/2006 | 2378 | JARED EDWARDS | W/E 9/15/06 | 600.00 | | 83,400.00 |
| Check | 9/29/2006 | 2388 | JARED EDWARDS | W/E 9/22/06 | 600.00 | | 84,000.00 |
| Check | 10/6/2006 | 2397 | JARED EDWARDS | W/E 9/29/06 | 600.00 | | 84,600.00 |
| **Total Edwards** | | | | | 84,600.00 | 0.00 | 84,600.00 |
| **Total Salaries - Office** | | | | | 84,600.00 | 0.00 | 84,600.00 |
| **TOTAL** | | | | | 84,600.00 | 0.00 | 84,600.00 |

WAYANS 0015

# Exhibit "C"

**Form W-2 Wage and Tax Statement 2005**                    **EMPLOYER REFERENCE COPY - DO NOT FILE**

| a Control number 0083-E912 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer's identification number 000017-000100 | c Employee's social security number -8583 | | NEXT TO LAST PRODUCTIONS INC MONTGOMERY GLICK & CO 5951 VARIEL AVE WOODLAND HILLS CA 91367 | 1 Wages, tips, other compensation 2750.00 | 2 Federal income tax withheld 93.60 |
| 95-6439040 | | | | 3 Social security wages 2750.00 | 4 Social security tax withheld 170.50 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | e Employee's name, address, and ZIP code | 5 Medicare wages and tips 2750.00 | 6 Medicare tax withheld 39.93 |
| 12 See instrs. for Box 12 | 14 Other CASDI 29.70 | | JARED EDWARDS P O BOX 4098 INGLEWOOD CA 90309 | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| | | | | 11 Nonqualified plans | |
| 15 State CA | Employer's state ID No. | 16 State wages, tips, etc. 2750.00 | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

*city in L.A. County*

**Form W-2 Wage and Tax Statement 2006**                    **EMPLOYER REFERENCE COPY - DO NOT FILE**

| a Control number 0083-E912 000017-000100 | | Void | c Employer's name, address, and ZIP code | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer's identification number 95-6439040 | c Employee's social security number -8583 | | NEXT TO LAST PRODUCTIONS INC MONTGOMERY GLICK & CO 5951 VARIEL AVE WOODLAND HILLS CA 91367 | 1 Wages, tips, other compensation 7750.00 | 2 Federal income tax withheld 223.51 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | e Employee's name, address, and ZIP code | 3 Social security wages 7750.00 | 4 Social security tax withheld 480.50 |
| 12 See instrs. for Box 12 | 14 Other CASDI 62.00 | | JARED EDWARDS P O BOX 4098 INGLEWOOD CA 90309 | 5 Medicare wages and tips 7750.00 | 6 Medicare tax withheld 112.53 |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| | | | | 11 Nonqualified plans | |
| 15 State CA | Employer's state ID No. | 16 State wages, tips, etc. 7750.00 | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**WAYANS 0012**

# Exhibit "D"

11:53 AM
02/03/10
Cash Basis

# Next To Last Productions, Inc.
## Transaction Detail By Account
### All Transactions

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **Office Salary's** | | | W-2 Wages | | | | |
| **Edwards** | | | | | | | |
| Check | 10/28/2005 | 850 | Jared Edwards | w/e 10/14 | 250.00 | | 250.00 |
| Check | 10/28/2005 | 851 | Jared Edwards | w/e 10/21 | 250.00 | | 500.00 |
| Check | 10/31/2005 | 853 | Jared Edwards | w/e 10/28 | 250.00 | | 750.00 |
| Check | 10/31/2005 | 858 | Jared Edwards | w/e 11/04 | 250.00 | | 1,000.00 |
| Check | 11/11/2005 | 863 | Jared Edwards | w/e 11/11 | 250.00 | | 1,250.00 |
| Check | 11/11/2005 | 868 | Jared Edwards | w/e 11/18 | 250.00 | | 1,500.00 |
| Check | 11/25/2005 | 873 | Jared Edwards | w/e 11/25 | 250.00 | | 1,750.00 |
| Check | 11/25/2005 | 878 | Jared Edwards | w/e 12/2 | 250.00 | | 2,000.00 |
| Check | 12/7/2005 | 883 | Jared Edwards | W/E 12/9 | 250.00 | | 2,250.00 |
| Check | 12/22/2005 | 889 | Jared Edwards | W/E 12/23 | 250.00 | | 2,500.00 |
| Check | 12/23/2005 | 898 | Jared Edwards | W/E 12/30 | 250.00 | | 2,750.00 |
| Check | 1/5/2006 | 905 | Jared Edwards | W/E 1/6 | 250.00 | | 3,000.00 |
| Check | 1/6/2006 | 911 | Jared Edwards | W/E 1/13 | 250.00 | | 3,250.00 |
| Check | 1/10/2006 | 917 | Jared Edwards | W/E 1/20 | 250.00 | | 3,500.00 |
| Check | 1/17/2006 | 922 | Jared Edwards | W/E 1/27 | 250.00 | | 3,750.00 |
| Check | 1/17/2006 | 928 | Jared Edwards | W/E 2/3 | 250.00 | | 4,000.00 |
| Check | 2/3/2006 | 934 | Jared Edwards | P/D 2/10/06 | 250.00 | | 4,250.00 |
| Check | 2/3/2006 | 940 | Jared Edwards | P/D 2/17/06 | 250.00 | | 4,500.00 |
| Check | 2/14/2006 | 946 | Jared Edwards | W/E 2/1706 | 250.00 | | 4,750.00 |
| Check | 3/3/2006 | 952 | Jared Edwards | W/E 2/24 | 250.00 | | 5,000.00 |
| Check | 3/10/2006 | 958 | Jared Edwards | W/E 3/3/06 | 250.00 | | 5,250.00 |
| Check | 3/17/2006 | 964 | Jared Edwards | w/e 3/10/06 | 250.00 | | 5,500.00 |
| Check | 3/24/2006 | 970 | Jared Edwards | W/E 3/17/06 | 250.00 | | 5,750.00 |
| Check | 3/31/2006 | 976 | Jared Edwards | W/E 3/24/06 | 250.00 | | 6,000.00 |
| Check | 4/7/2006 | 982 | Jared Edwards | W/E 3/31/06 | 250.00 | | 6,250.00 |
| Check | 4/14/2006 | 988 | Jared Edwards | W/E 4/7/06 | 250.00 | | 6,500.00 |
| Check | 4/21/2006 | 994 | Jared Edwards | W/E 4/14/06 | 250.00 | | 6,750.00 |
| Check | 4/28/2006 | 1000 | Jared Edwards | W/E 4/21/06 | 250.00 | | 7,000.00 |
| Check | 5/5/2006 | 1008 | Jared Edwards | W/E 4/28/06 | 250.00 | | 7,250.00 |
| Check | 5/12/2006 | 1014 | Jared Edwards | W/E 5/5/06 | 250.00 | | 7,500.00 |
| Check | 5/19/2006 | 1021 | Jared Edwards | W/E 5/12/06 | 250.00 | | 7,750.00 |
| Check | 5/26/2006 | 1029 | Jared Edwards | W/E 5/19/06 | 250.00 | | 8,000.00 |
| Check | 6/2/2006 | 1037 | Jared Edwards | W/E 5/26/05 | 250.00 | | 8,250.00 |
| Check | 6/9/2006 | 1045 | Jared Edwards | W/E 6/2/06 | 250.00 | | 8,500.00 |
| Check | 6/16/2006 | 1053 | Jared Edwards | W/E 6/9/06 | 250.00 | | 8,750.00 |
| Check | 6/23/2006 | 1061 | Jared Edwards | W/E 6/16/06 | 250.00 | | 9,000.00 |
| Check | 6/30/2006 | 1069 | Jared Edwards | W/E 6/23/06 | 250.00 | | 9,250.00 |
| Check | 7/7/2006 | 1076 | Jared Edwards | W/E 6/30/06 | 250.00 | | 9,500.00 |
| Check | 7/14/2006 | 1084 | Jared Edwards | W/E 7/7/06 | 250.00 | | 9,750.00 |
| Check | 7/21/2006 | 1091 | Jared Edwards | W/E 7/14/06 | 250.00 | | 10,000.00 |
| Check | 7/28/2006 | 1099 | Jared Edwards | W/E 7/21/06 | 250.00 | | 10,250.00 |
| Check | 8/4/2006 | 1105 | Jared Edwards | W/E 7/28/06 | 250.00 | | 10,500.00 |
| Check | 8/11/2006 | 1112 | Jared Edwards | W/E 8/4/06 ... | 0.00 | | 10,500.00 |
| **Total Edwards** | | | | | 10,500.00 | 0.00 | 10,500.00 |
| **Total Office Salary's** | | | | | 10,500.00 | 0.00 | 10,500.00 |
| **TOTAL** | | | | | 10,500.00 | 0.00 | 10,500.00 |

WAYANS 0014

# Exhibit "E"





# Exhibit "F"

11:48 AM
02/03/10
Cash Basis

**Baby Way Productions, Inc.**
**Transaction Detail By Account**
All Transactions

*W-2 Wages*

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **Office Salary** | | | | | | | |
| **Edwards** | | | | | | | |
| Check | 10/28/2005 | 5616 | Jared Edwards | w/e 10/14/05 | 250.00 | | 250.00 |
| Check | 10/28/2005 | 5617 | Jared Edwards | w/e 10/21/05 | 250.00 | | 500.00 |
| Check | 10/31/2005 | 5618 | Jared Edwards | w/e 10/28/05 | 250.00 | | 750.00 |
| Check | 10/31/2005 | 5624 | Jared Edwards | w/e 11/04/06 | 250.00 | | 1,000.00 |
| Check | 11/11/2005 | 5629 | Jared Edwards | w/e 11/11 | 250.00 | | 1,250.00 |
| Check | 11/11/2005 | 5635 | Jared Edwards | W/E 11/18 | 250.00 | | 1,500.00 |
| Check | 11/25/2005 | 5640 | Jared Edwards | W/E 11/25 | 250.00 | | 1,750.00 |
| Check | 11/25/2005 | 5646 | Jared Edwards | W/E 12/2 | 250.00 | | 2,000.00 |
| Check | 12/7/2005 | 5651 | Jared Edwards | W/E 12/9 | 250.00 | | 2,250.00 |
| Check | 12/22/2005 | 5657 | Jared Edwards | W/E 12/23 | 250.00 | | 2,500.00 |
| Check | 12/23/2005 | 5668 | Jared Edwards | W/E 12/30 | 250.00 | | 2,750.00 |
| Check | 1/5/2006 | 5675 | Jared Edwards | W/E 1/06 | 250.00 | | 3,000.00 |
| Check | 1/6/2006 | 5681 | Jared Edwards | W/E 1/13 | 250.00 | | 3,250.00 |
| Check | 1/10/2006 | 5688 | Jared Edwards | W/E 1/20 | 250.00 | | 3,500.00 |
| Check | 1/17/2006 | 5694 | Jared Edwards | W/E 1/27 | 250.00 | | 3,750.00 |
| Check | 1/17/2006 | 5701 | Jared Edwards | W/E 2/3 | 250.00 | | 4,000.00 |
| Check | 2/3/2006 | 5707 | Jared Edwards | P/D 2/10/06 | 250.00 | | 4,250.00 |
| Check | 2/3/2006 | 5714 | Jared Edwards | P/D 2/17/06 | 250.00 | | 4,500.00 |
| Check | 2/15/2006 | 5720 | Jared Edwards | W/E 2/17/06 | 250.00 | | 4,750.00 |
| Check | 3/3/2006 | 5727 | Jared Edwards | W/E 2/24/06 | 250.00 | | 5,000.00 |
| Check | 3/10/2006 | 5733 | Jared Edwards | w/e 3/3/06 | 250.00 | | 5,250.00 |
| Check | 3/17/2006 | 5740 | Jared Edwards | W/E 3/10/06 | 250.00 | | 5,500.00 |
| Check | 3/24/2006 | 5748 | Jared Edwards | W/E 3/17/06 | 250.00 | | 5,750.00 |
| Check | 3/31/2006 | 5753 | Jared Edwards | W/E 3/24/06 | 250.00 | | 6,000.00 |
| Check | 4/7/2006 | 5759 | Jared Edwards | W/E 3/31/06 | 250.00 | | 6,250.00 |
| Check | 4/14/2006 | 5766 | Jared Edwards | W/E 4/7/06 | 250.00 | | 6,500.00 |
| Check | 4/21/2006 | 5772 | Jared Edwards | W/E 4/14/06 | 250.00 | | 6,750.00 |
| Check | 4/28/2006 | 5780 | Jared Edwards | W/E 4/21/06 | 250.00 | | 7,000.00 |
| Check | 5/5/2006 | 5789 | Jared Edwards | W/E 4/28/06 | 250.00 | | 7,250.00 |
| Check | 5/12/2006 | 5797 | Jared Edwards | W/E 5/5/06 | 250.00 | | 7,500.00 |
| Check | 5/19/2006 | 5804 | Jared Edwards | W/E 5/12/06 | 250.00 | | 7,750.00 |
| Check | 5/26/2006 | 5813 | Jared Edwards | W/E 5/19/06 | 250.00 | | 8,000.00 |
| Check | 6/2/2006 | 5821 | Jared Edwards | W/E 5/26/06 | 250.00 | | 8,250.00 |
| Check | 6/9/2006 | 5830 | Jared Edwards | W/E 6/2/06 | 250.00 | | 8,500.00 |
| Check | 6/16/2006 | 5838 | Jared Edwards | W/E 6/9/06 | 250.00 | | 8,750.00 |
| Check | 6/23/2006 | 5847 | Jared Edwards | W/E 6/16/06 | 250.00 | | 9,000.00 |
| Check | 6/30/2006 | 5855 | Jared Edwards | W/E 6/23/06 | 250.00 | | 9,250.00 |
| Check | 7/7/2006 | 5863 | Jared Edwards | W/E 6/30/06 | 250.00 | | 9,500.00 |
| Check | 7/14/2006 | 5871 | Jared Edwards | W/E 7/07/06 | 250.00 | | 9,750.00 |
| Check | 7/21/2006 | 5880 | Jared Edwards | W/E 7/14/06 | 250.00 | | 10,000.00 |
| Check | 7/28/2006 | 5889 | Jared Edwards | W/E 7/21/06 | 250.00 | | 10,250.00 |
| Check | 8/4/2006 | 5898 | Jared Edwards | W/E 7/28/06 | 250.00 | | 10,500.00 |
| Check | 8/11/2006 | 5905 | Jared Edwards | W/E 8/4/06 ... | 0.00 | | 10,500.00 |
| **Total Edwards** | | | | | 10,500.00 | 0.00 | 10,500.00 |
| **Total Office Salary** | | | | | 10,500.00 | 0.00 | 10,500.00 |
| **TOTAL** | | | | | 10,500.00 | 0.00 | 10,500.00 |

Page 1

WAYANS 0013

# Exhibit "G"

2:19 PM
02/24/10

**Shawn Wayans**
**Vendor QuickReport**
All Transactions



| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **JARED EDWARDS** | | | | | | | |
| Check | 8/2/2000 | 453 | | ML #232-20178 Cash | X | Household | -400.00 |
| Check | 8/24/2000 | 457 | | ML #232-20178 Cash | X | Household | -400.00 |
| Check | 10/4/2000 | 1003 | | ML #232-20174 Cash | X | Household | -400.00 |
| Check | 10/18/2000 | 1022 | | ML #232-20174 Cash | X | Household | -400.00 |
| Check | 11/30/2000 | 1032 | | ML #232-20174 Cash | X | Household | -400.00 |
| Check | 12/5/2000 | 1042 | | ML #232-20174 Cash | X | Household | -400.00 |
| Check | 12/19/2000 | 1055 | | ML #232-20174 Cash | X | Household | -400.00 |
| Check | 12/26/2000 | 1068 | | ML #232-20174 Cash | X | Household | -400.00 |
| Check | 1/5/2001 | 1079 | | ML #232-20174 Cash | X | Household | -400.00 |
| Check | 1/29/2001 | 1114 | | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 2/28/2001 | 1132 | | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 8/3/2001 | 1725 | | ML #232-20174 Cash | X | Household | -1,000.00 |
| Check | 8/22/2001 | 1737 | W/E 8/17/01 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 8/29/2001 | 1738 | W/E 8/31/01 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 8/29/2001 | 1739 | W/E 9/14/01 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 9/27/2001 | 1754 | W/E 9/28/01 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 10/8/2001 | 1757 | REIMB | ML #232-20174 Cash | X | -SPLIT- | -979.50 |
| Check | 10/8/2001 | 1769 | W/E 10/12/01 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 10/24/2001 | 1768 | W/E 10/26/01 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 10/24/2001 | 1769 | PERSONAL R... | ML #232-20174 Cash | X | Household | -223.00 |
| Check | 11/8/2001 | 1786 | W/E 11/9/01 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 11/20/2001 | 1790 | W/E 11/23/01 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 11/30/2001 | 1396 | | ML #232-20174 Cash | X | Household | -260.00 |
| Check | 12/4/2001 | 1801 | W/E 12/7/01 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 12/18/2001 | 1809 | W/E 12/21/01 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 12/18/2001 | 1810 | Merry Christmas | ML #232-20174 Cash | X | Household | -750.00 |
| Check | 12/20/2001 | 1813 | VOID | ML #232-20174 Cash | X | Household | 0.00 |
| Check | 1/3/2002 | 1819 | W/E 1/4/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 1/3/2002 | 1820 | REIMB 1/3/02 | ML #232-20174 Cash | X | Personal expe... | -648.00 |
| Check | 1/18/2002 | 1822 | W/E 1/18/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 2/1/2002 | 1831 | W/E 8/17/01 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 2/19/2002 | 1839 | W/E 8/17/01 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 2/28/2002 | 1850 | w/e 3/1/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 2/28/2002 | 1496 | | ML #232-20174 Cash | X | Household | -143.00 |
| Check | 3/14/2002 | 1854 | W/E 3/15/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 3/29/2002 | 1859 | W/E 3/29/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 4/17/2002 | 1867 | W/E 4/12/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 4/25/2002 | 1880 | W/E 4/26/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 5/9/2002 | 1885 | W/E 5/10/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 5/22/2002 | 1899 | W/E 5/24/02 | ML #232-20174 Cash | X | Household | 0.00 |
| Check | 6/5/2002 | 1902 | W/E 6/7/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 6/19/2002 | 1909 | W/E 6/21/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 7/8/2002 | 1916 | W/E 7/5/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 7/17/2002 | 1920 | W/E 7/19/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 7/31/2002 | 1933 | W/E 8/2/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 8/16/2002 | 1940 | W/E 8/16/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 8/28/2002 | 1948 | W/E 8/30/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 9/10/2002 | 1956 | W/E 9/13/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 9/25/2002 | 1973 | W/E 9/27/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 10/8/2002 | 1978 | W/E 10/11/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 10/23/2002 | 1985 | W/E 10/25/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 11/6/2002 | 1992 | W/E 11/8/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 11/20/2002 | 1999 | W/E 11/22/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 12/4/2002 | 2011 | W/E 12/6/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 12/19/2002 | 2018 | W/E 12/20/02 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 12/31/2002 | 2024 | W/E 1/3/03 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 1/17/2003 | 2029 | W/E 1/17/03 | ML #232-20174 Cash | X | Household | -500.00 |
| Check | 1/30/2003 | 2037 | | ML #232-20174 Cash | X | Household | -1,000.00 |
| Check | 5/12/2004 | 1181 | REIMB | CNB-OLD CKNG 112-135200 | X | Personal expe... | -67.30 |
| Check | 10/13/2004 | 2150 | | ML #232-20174 Cash | X | Loan - Jared ... | -12,000.00 |

WAYANS 0018

# Exhibit "H"

2:21 PM
02/24/10

**Marlon Wayans**
**Vendor QuickReport**
All Transactions


*Personal Checks*

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Jared Edwards** | | | | | | | |
| Check | 8/31/2000 | 216 | | ML⬛⬛C... | X | Personal | -400.00 |
| Check | 10/17/2000 | 1218 | | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 10/31/2000 | 1233 | | ML⬛⬛C... | X | Personal | -400.00 |
| Check | 11/13/2000 | 1238 | | ML⬛⬛C... | X | -SPLIT- | -500.00 |
| Check | 11/21/2000 | 1244 | 12/1/00 | ML⬛⬛C... | X | Personal | -400.00 |
| Check | 12/15/2000 | 258 | 1/5/01 | ML⬛⬛C... | X | Personal | -357.70 |
| Check | 12/20/2000 | 1259 | 12/22/00 | ML⬛⬛C... | X | Personal | -400.00 |
| Check | 12/31/2000 | 259 | | ML⬛⬛C... | X | Personal | -900.00 |
| Check | 1/3/2001 | 1273 | merry christmas | ML⬛⬛C... | X | Personal | -400.00 |
| Check | 1/3/2001 | 1274 | 1/5/01 | ML⬛⬛C... | X | Personal | -400.00 |
| Check | 1/19/2001 | 1280 | 1/12/01 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 1/19/2001 | 1282 | 1/12/01 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 2/13/2001 | 1299 | W/E 2/9/01 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 2/24/2001 | 1301 | VOID | ML⬛⬛C... | X | Personal | 0.00 |
| Check | 8/3/2001 | 1409 | 3 WKS @ 500.00 | ML⬛⬛C... | X | Personal | -1,500.00 |
| Check | 8/23/2001 | 1430 | W/E 8/24/01 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 8/29/2001 | 1432 | W/E 8/7/01 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 9/18/2001 | 1447 | W/E9/21/01 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 10/8/2001 | 1453 | Reimbursement | ML⬛⬛C... | X | -SPLIT- | -1,542.50 |
| Check | 10/8/2001 | 1455 | W/E 10/5/01 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 10/17/2001 | 1460 | W/E 10/19/01 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 10/24/2001 | 1470 | W/E 10/19/01 REIMBURSEME... | ML⬛⬛C... | X | Personal | -398.00 |
| Check | 10/31/2001 | 1474 | W/E 11/2/01 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 11/15/2001 | 1479 | W/E 11/16/01 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 11/28/2001 | 1489 | W/E 11/30/01 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 12/17/2001 | 1503 | W/E 12/14/01 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 12/18/2001 | 1507 | MERRY CHRISTMAS | ML⬛⬛C... | X | Personal | -750.00 |
| Check | 1/3/2002 | 1512 | W/E 12/28/01 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 1/3/2002 | 1513 | REIMB 1/3/02 | ML⬛⬛C... | X | Personal | -734.00 |
| Check | 1/11/2002 | 1514 | W/E 1/11/01 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 1/25/2002 | 1524 | W/E 1/25/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 2/6/2002 | 1526 | W/E 2/8/01 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 2/19/2002 | 1542 | W/E 02/22/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 3/7/2002 | 1550 | W/E 3/8/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 3/20/2002 | 1562 | W/E 3/22/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 4/4/2002 | 1572 | W/E 4/5/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 4/17/2002 | 1576 | W/E 4/19/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 4/30/2002 | 1590 | W/E 5/3/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 5/14/2002 | 1597 | W/E 5/17/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 5/29/2002 | 1612 | W/E 5/31/02 | ML⬛⬛S... | X | Personal | -500.00 |
| Check | 6/12/2002 | 1627 | W/E 6/14/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 6/26/2002 | 1644 | W/E 6/28/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 7/9/2002 | 1649 | W/E 12/14/01 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 7/24/2002 | 1666 | W/E 7/26/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 8/7/2002 | 1687 | W/E 8/9/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 8/21/2002 | 1686 | W/E 8/23/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 9/4/2002 | 1690 | W/E 12/14/01 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 9/19/2002 | 1694 | W/E 9/20/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 10/2/2002 | 1713 | W/E 10/4/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 10/16/2002 | 1740 | W/E 10/18/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 10/30/2002 | 1748 | W/E 11/1/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 11/12/2002 | 1765 | W/E 11/15/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 11/26/2002 | 1774 | W/E 11/29/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 12/10/2002 | 1784 | W/E 12/13/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 12/24/2002 | 1805 | W/E 12/27/02 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 1/8/2003 | 1814 | W/E 1/10/03 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 1/23/2003 | 1831 | W/E 1/24/03 | ML⬛⬛C... | X | Personal | -500.00 |
| Check | 1/30/2003 | 1834 | | ML⬛⬛C... | X | Personal | -1,500.00 |

Page 1