1   Bryan J. Freedman, Esq. (SBN 151990)
        bfreedman@ftllp.com
2   September Rea (SBN 261121)
        srea@ftllp.com
3   FREEDMAN & TAITELMAN, LLP
    1901 Avenue Of The Stars, Suite 500
4   Los Angeles, CA  90067
    Telephone: (310) 201-0005
5   Facsimile: (310) 201-0045

6   Attorneys for Defendants Keenen Ivory Wayans,
    Shawn Wayans, Marlon Wayans,
7   Wayans Bros. Productions, and
    St. Martin's Press, Inc. (now known as
8   SMP (1952) Inc.)

9

10                      UNITED STATES DISTRICT COURT

11                     CENTRAL DISTRICT OF CALIFORNIA

12

13   JARED EDWARDS,                     )   CASE NO. 2:10-cv-02231 R (RCX)
                                        )
14              Plaintiff              )   **DECLARATION OF PAUL J.**
                                        )   **SLEVEN IN SUPPORT OF**
15                                      )   **MOTION FOR SUMMARY**
     vs.                                )   **JUDGMENT**
16                                      )
                                        )   Date:  January 18, 2011
17   KEENEN IVORY WAYANS,               )   Time:  10:00 a.m.
18   SHAWN WAYANS, MARLON               )   Location.: Courtroom 8
     WAYANS, WAYANS BROTHERS            )
19   PRODUCTIONS, AND ST.               )
     MARTIN'S PRESS, INC.,              )
20                                      )   [Filed Concurrently With Notice of
                                        )   Motion and Joint Motion for
21              Defendants.             )   Summary Judgment, Statement of
                                        )   Uncontroverted Facts and
22                                      )   Conclusions of Law; Declarations of
                                        )   Jay S. Glick, September Rea and
23                                      )   Elizabeth Beier; Request for Judicial
                                        )   Notice and [Proposed] Order
24                                      )   Granting Summary Judgment]
                                        )
25  _____   )

26  ///

27  ///

28  ///
                                        1
    ─────────────────────────────────────────────
         DECLARATION OF PAUL J. SLEVEN IN SUPPORT OF
           JOINT MOTION FOR SUMMARY JUDGMENT

1    I, Paul Sleven, declare as follows:

2    1.    Beginning in 1995, I became the Associate General Counsel of St.

3    Martin's Press, Inc.  St. Martin's Press, LLC did not exist in 1995.  I became

4    Associate General Counsel of St. Martin's Press, LLC in 1999, when it took over

5    the operations of St. Martin's Press, Inc. (which became a holding company in

6    1999).  I am now General Counsel of both St. Martin's Press, Inc. (now known as

7    SMP (1952) Inc.) and St. Martin's Press, LLC.  As a result of my position as

8    General Counsel of both entities, I have personal knowledge of each matter set

9    forth below.

10    2.    St. Martin's Press, Inc. (now known as SMP (1952) Inc.) was named

11    as the publishing defendant in the case entitled *Jared Edwards v. Keenen Ivory*

12    *Wayans, et al.*, Case No. 2:10-cv-02231; In the United States District Court for the

13    Central District of California (the "Action").

14    3.    SMP (1952) Inc. is a holding company with no current operations or

15    employees.  SMP (1952) Inc. did not publish the book entitled "101 Ways to Know

16    You're a Golddigger" ("*Golddigger*"), which is the subject of the Complaint filed

17    by Plaintiff Jared Edwards in this Action.  *Golddigger* was published by St.

18    Martin's Press, LLC.

19    4.    St. Martin's Press, LLC is a New York limited liability company with

20    its principal place of business in New York City, New York.

21    I declare under penalty of perjury that the foregoing is true and correct.

22    Executed within the United States on December 15, 2010.

23

24    _____

25    Paul J. Sleven

26

27

28

2

DECLARATION OF PAUL J. SLEVEN IN SUPPORT OF
JOINT MOTION FOR SUMMARY JUDGMENT