1  Bryan J. Freedman, Esq. (SBN 151990)
       bfreedman@ftllp.com
2  September Rea (SBN 261121)
       srea@ftllp.com
3  FREEDMAN & TAITELMAN, LLP
   1901 Avenue Of The Stars, Suite 500
4  Los Angeles, CA  90067
   Telephone: (310) 201-0005
5  Facsimile: (310) 201-0045

6  Attorneys for Defendants Keenen Ivory Wayans,
   Shawn Wayans, Marlon Wayans,
7  Wayans Bros. Productions, and
   St. Martin's Press, Inc. (now known as
8  SMP (1952) Inc.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED EDWARDS,<br><br>                Plaintiff<br><br>vs.<br><br>KEENEN IVORY WAYANS, SHAWN WAYANS, MARLON WAYANS, WAYANS BROTHERS PRODUCTIONS, AND ST. MARTIN'S PRESS, INC.,<br><br>                Defendants. | CASE NO. 2:10-cv-02231 R (RCX)<br><br>**DECLARATION OF SEPTEMBER REA IN SUPPORT OF JOINT MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  January 18, 2011<br>Time:  10:00 a.m.<br>Location.: Courtroom 8<br><br>[Filed Concurrently With Notice of Motion and Joint Motion for Summary Judgment, Statement of Uncontroverted Facts and Conclusions of Law; Declarations of Jay S. Glick, Paul S. Sleven, and Elizabeth Beier; Joint Request for Judicial Notice and [Proposed] Order Granting Summary Judgment] |

///

///

1

DECLARATION OF SEPTEMBER REA IN SUPPORT OF
JOINT MOTION FOR SUMMARY JUDGMENT

I, September Rea, declare as follows:

1. I am an attorney with the law firm of Freedman & Taitelman, LLP, attorneys of record for Keenen Ivory Wayans, Shawn Wayans, Marlon Wayans, Wayans Bros. Productions, Inc. and St. Martin's Press, LLC (improperly named as St. Martin's Press, Inc. (now known as SMP (1952) Inc.), defendants in the case entitled *Jared Edwards v. Keenen Ivory Wayans, et al.*, Case No. 2:10-cv-02231 R (RCX), In the United States District Court for the Central District of California (the "Action") and as a result, I have personal knowledge of each matter stated herein.

2. I am familiar with the published book entitled "101 Ways to Know You're a Golddigger," (ISBN-13: 978-0-312-35969-0 ISBN-10:0-312-35969-1), ("*Golddigger*") that is the subject of this Action and have reviewed the same. A true and correct black-and-white copy of *Golddigger*, which was produced by Plaintiff Jared Edwards in this Action and identified by Bates numbers JE_010 through JE_113, is attached hereto as **Exhibit "A"** and incorporated herein by reference.

3. On November 23, 2010, I took the deposition of Jared Edwards, the plaintiff in this Action, in Los Angeles, California. Jared Edwards's testimony was stenographically recorded in accordance with the Federal Rules of Civil Procedures and a transcript of the same was created by the court reporter. A true and correct copy sections of the deposition of Jared Edwards is attached hereto as **Exhibit "B"** and incorporated by reference.

4. As counsel of record, I have reviewed the Court's docket and documents filed in connection with the pleadings and motions on file in this case. Keenen Ivory Wayans signed a declaration in support of the Motion to Transfer Pursuant to U.S.C. § 1404(a) that was filed in this Action in the United States District Court for the Southern District of New York. A true and correct copy of the Declaration of Keenen Ivory Wayans is attached hereto as **Exhibit "C"** and

1 | incorporated by reference.

2 |     5.    As counsel of record, I have reviewed the Court's docket and documents filed in connection with the pleadings and motions on file in this case. Marlon Wayans signed a declaration in support of the Motion to Transfer Pursuant to U.S.C. § 1404(a) that was filed in this Action in the United States District Court for the Southern District of New York. A true and correct copy of the Declaration of Marlon Wayans is attached hereto as **Exhibit "D"** and incorporated by reference.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on December 17th, 2010.

                        /s/
                September Rea, Esq.

3

DECLARATION OF SEPTEMBER REA IN SUPPORT OF
JOINT MOTION FOR SUMMARY JUDGMENT