# EXHIBIT "A"


101
ways to know...
you're a
golddigger



Also by the Wayans Brothers

*101 Ways to Know It's Time to Leave Your Mama's House*
*101 Ways to Know You're Having a Ghetto Christmas*

101 WAYS TO KNOW YOU'RE A GOLDDIGGER. Copyright © 2009 by Keenen Ivory Wayans, Shawn Wayans, Marlon Wayans, and Shane Miller. All rights reserved.
Printed in the United States of Amerca. For information, address St. Martin's Press, 175 Fifth Avenue, New York, N.Y. 10010.

www.stmartins.com

Library of Congress Cataloging-in-Publication Data

Wayans, Keenen Ivory.
101 ways to know you're a golddigger/keenen, Shawn, and Marlon Wayans.—1st ed.
p. cm.
ISBN-13: 978-0-312-35969-0
ISBN-10: 0-312-35969-1
1. Women—Humor. 2. Invective—Humor. I. Wayans, Shawn, 1971–II. Wayans, Marlon. III. Title.
PN6231.W68A35 2009
818'.5402—dc22 2009004805

First Edition: May 2009

10 9 8 7 6 5 4 3 2 1





**Acknowledgments**

Thank you to our family, all 9 million of them, and to our team: Rick Alvarez, Lisa Bloom, Mike Tiddes, Luom Cooper, Coral Compagnoni, and Danielle Casinelli.
Special thanks to Shane Miller, Darren Huang, Layron Dejarnette, and David Torres.
Thank you all for your contributions.

*You know you're a golddigger if . . .*




Super-Head is your role model.



**You date a celebrity's whole entourage, just to get close to the celebrity.**




You know more about a sports players' stats than ESPN analysts.



DEPARTMENT OF HEALTH — STATE OF CALIFORNIA
RECORDS AND STATISTICS DIVISION

Certificate of Birth

Lexus Jackson
Sex F was born January 3, 2002
Date of Filing January 3, 2002
Father: Dr. DRE
Mother: Quisha Jackson
(SEAL)

DEPARTMENT OF HEALTH — STATE OF CALIFORNIA
RECORDS AND STATISTICS DIVISION

Certificate of Birth

Mercedes Jackson
Sex F was born December 28, 2005
State File No. 97-90-53 Date of Filing December 28, 2005
Father: Lamar Odom
Mother: Quisha Jackson
(SEAL)



DEPARTMENT OF HEALTH — STATE OF CALIFORNIA
RECORDS AND STATISTICS DIVISION

Certificate of Birth

Porsche Jackson
Sex F was born February 15, 2003
State File No. 97-88-543 Date of Filing February 15, 2003
Father: Too Short
Mother: Quisha Jackson
(SEAL)

DEPARTMENT OF HEALTH — STATE OF CALIFORNIA
RECORDS AND STATISTICS DIVISION

Certificate of Birth

Diamond Jackson
Sex F was born March 13, 2004
State File No. 97-88-53 Date of Filing March 13, 2004
Father: Hiroki Kuroda
Mother: Quisha Jackson
(SEAL)

**You name your kids after all the expensive gifts you hope to attain . . . Porsche, Mercedes, Diamond, A-lexus, Money.**



You stay in an abusive relationship for the nice gifts he gives you.



**You're only twenty-one and you claim you married an eighty-year-old oil tycoon for love.**



Your lifelong ambition is to be one of Hugh Hefner's wives.




**You refer to your marriage as "a smart business move."**




You have kids who look like you but sound like the nanny.







The only time you cried during your divorce was when you were awarded your settlement.



You tell your millionaire fiancé that a prenuptial agreement will jinx the marriage.



You asked your husband for a diamond ring bigger than your head .




You divorce your rich husband but keep his last name to get into clubs.




You get divorced but use the kids' child support money for lavish trips and shopping sprees.




You have floor seats at the Lakers game but you work at the GAP.




Kanye West's "Gold Digger" is your anthem.




**Your top eight on MySpace are all celebrities you don't know but hope to sleep with.**



You think there's "something sexy" about . . .
1. Hugh Hefner 2.Flavor Flav 3. Sam Cassell




You are in the VIP area of a club but never bought a bottle.



You slept with a guy hoping he'd pay to get your cavity fixed.



Your boyfriend's father has more money, so you dump him for his daddy.



You marry a rich man even though his kids don't like you.




You were on *Flavor of Love.*



You made your first million in your first marriage, your second million in your second marriage, and you retired in your third marriage.




You changed your faith to conform to your rich husband's beliefs.

# CONTRACT

This contract states that BJ agrees that she will perform sex for the amount of one million U.S. dollars. Payment shall be payed in full on completion of sexual acts or favors. Any added requests after the initial agreement is negotiable.

Bonita Jenkins

Bonita Jenkins

04/25/08

DATE

**If you ever accepted an indecent proposal.**




Expensive things get you off.



Your mouth opens like a cash register.




You go to the NBA draft to look for new talent.




You can make your own NBA dream team with the men you sleep with.


Street & Smith's
Football
Chris LONG
01
DRAFT
You subscribe to *Street & Smith's.*
31




You have a different man to cover each bill.

32



You have more pictures of you with celebrities than of you with your kids.




You went to law school just to learn about pre-nup laws.




You work at McDonald's but you subscribe to *Forbes.*




**You store more celebrity sperm than a sperm bank.**




You live in a penthouse apartment and don't pay rent.




Your only job is to stay pretty.




You have two assistants and no job.




Your nickname is "Cha-Ching."




Your coochie doubles as a credit card terminal.