

**You look at your boyfriend as an investment.**

42



You asked a rich guy to give you a car, breasts, braces, and child support on the first date.

43

JE_057



You started a golddigger boot camp.

44



JE_058



You pass up young handsome poor guy for fat ugly rich guy.

JE_059



You wear name brands you can't pronounce.



You've ever eaten at an expensive sushi restaurant and referred to wasabi as "the green stuff."

JE_061



Your boyfriend gives you jewelry and you get it appraised.

48

JE_062



You went on strike with the NBA players to dispute the salary cap.

JE_063



You have a statue at the hall of fame but never played a sport.

50



You have a better parking space at the stadium than the star player.

JE_065



You were hired as a consultant for the movie *Almost Famous.*

52



You run a credit check on a guy before going on a date with him.

JE_067



You wear a miner's hat to a club to look for a rich man.

54

JE_068



You refer to sleeping with a rich guy as "closing a deal."

JE_069



### Forbes
### Biggest Financial Scandals

Forbes saw a year of major scandals with the totals estimated in the billions. Forbes list the top three scandals that rocked the United States and beyond.

**1. Shemeka Johnson**
"Baby Daddy Scandal of 2008"

**2. Bear-Stearns**

**3. Enron**

PHOTO: SHEMEKA JOHNSON

Forbes.August 10, 2008                45

**You cleared more bank accounts than Enron.**

56



You spend more money than the man who makes it.

JE_071



Your idea of a day at the office is shopping.

58



**You spend your child support money on a personal chef for yourself while the children eat the big bag of Tyson chicken from Costco.**

59



You have a guy order you Cristal even though it gives you gas.

60

JE_074





**You ask a guy what kind of car he drives before you ask him his name.**

61



Your astrological sign is the dollar sign.

62



**Your pubic hair is shaved in the shape of a dollar sign.**



You send out W-2s at the end of all your relationships.

64



JE_078





You have a subscription to *Forbes* and *The Robb Report* but live in the projects.

65



You married a leprechaun just so you could get half his pot of gold.

66





-Price List-

| | |
|---|---|
| Cooking Dinner ............ | $75 |
| A kiss .......................... | $100 |
| Hand job ...................... | $250 |
| Tossing salad................ | Priceless |

**You have a price list for things a girlfriend is supposed to do.**



You pick up men at ATM machines instead of bars.

68

JE_082



**You get into clubs faster than someone famous.**

69



**You own more sports memorabilia than a licensed dealer.**

70



**You have a scrapbook full of hotel room keys.**

71

JE_085



**You carry a turkey baster in your purse.**

72



You have a hotel suite named after you and you're not a president.

73

JE_087



1998    PRESENT DAY

You sue a celebrity for an STD you already had.

-74-

JE_088



**People only know your name by the men you slept with.**

75

JE_089

 

**You have more championship rings than Michael Jordan and never played a game.**

76



**NO**      **YES**

You only tell famous men that you're allergic to latex condoms.

77

JE_091



You travel with no luggage to see a guy but come home with a whole new wardrobe.

JE_092