

Men you've dated had to file for bankruptcy after the first date.

79



**Your name is in the credits of a rapper's album and you never worked on the project.**

80



**If you've ever dropped your family for a rich guy.**

JE_095



You slept with Ken Griffey, Sr. in the 60s and Ken Griffey, Jr. in the 90s.

82



You slept with Magic Johnson before and after
he announced that he has HIV.

JE_097



You ever Googled a guy before you went on a date with him.

84



You know every rapper by his real name.

JE_099



**You ask for a guy's Social Security number instead of his phone number.**

86



You teach your daughter how to catch a rich man.

87

JE_101



**You got pregnant just to collect child support.**

88



**You lie about your children's living expenses during your divorce to get more money to support your lifestyle.**

89

JE_103



**Your G-strings have pockets.**

92



**All your stories involve someone rich or famous.**







**You've been to so many celebrity homes
you can start your own Star Maps business.**

95



**You act like you don't know who a celebrity is when you meet one.**

96

JE_108





**Bill Gates**



**Oprah Winfrey**



**Keisha's Coochie**

*Forbes* listed your vagina as one of the year's 100 wealthiest.

97

JE_109



**Your hands are shaped like money clips.**

98

JE_110



**Treasure hunters use you as a gold detector.**

JE_111



You can spot a broke man a mile away.

100



You count money instead of sheep.

JE_113