# EXHIBIT "D"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JARED EDWARDS,

                Plaintiff,

                - against -

KEENEN IVORY WAYANS, SHAWN
WAYANS, MARLON WAYANS, WAYANS
BROTHERS PRODUCTIONS, and ST.
MARTIN'S PRESS, INC.,

                Defendants.

------------------------------------------------------------x

No. 09 Civ. 10263 (CM)

**DECLARATION OF MARLON WAYANS**

I, MARLON WAYANS, declare as follows:

1.     I am a named individual defendant herein and a principal in Wayans Bros. Productions ("Wayans Bros.") (erroneously sued as Wayans Brothers Productions) and am competent to testify based upon firsthand knowledge of the matters set forth herein.

2.     I submit this declaration in support of Defendants' motion to transfer this action to the Central District of California.

3.     While originally from New York City, I have resided and worked in the Los Angeles, California area since 1992.

4.     I have been acquainted with Plaintiff for a number of years and he has no basis to claim I reside in New York.

5.     I am registered to vote in Los Angeles, California.

6.     I have a California driver's license with a Los Angeles, California address.

7.     My children attend school in Los Angeles County, California.

8.     I do not maintain any bank accounts in New York or own or lease any real property in New York.

I declare under the penalty of perjury under the laws of the United States that the foregoing statements are true and correct and that this declaration was executed on March 10, 2010 at Los Angeles, California.

_____
Marlon Wayans