Kenneth P. Thompson (PHV)
*Email: kthompson@twglaw.com*
Ariel Y. Graff (PHV)
*Email: agraff@twglaw.com*
THOMPSON WIGDOR & GILLY LLP
85 Fifth Avenue
New York, New York 10003
Phone: (212) 257-6800
Fax: (212) 257-6845

Counsel for Plaintiff
JARED EDWARDS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JARED EDWARDS,

Plaintiff,

v.

KEENEN IVORY WAYANS, et al.,

Defendants.

Case No. CV10-2231 R (RCx)

The Honorable Manuel L. Real
Courtroom 8

**NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**

Date: February 14, 2011
Time: 11:00 a.m.
Location: Courtroom 8

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to F.R.Civ.P. 16(e) and L.R. 16-7, Plaintiff Jared Edwards lodges herewith the [Proposed] Final Pretrial Conference Order on behalf of the parties to this action.

Dated: February 8, 2011

Respectfully submitted,

THOMPSON WIGDOR & GILLY LLP

By: ___/s/___________________________
Kenneth P. Thompson
Ariel Y. Graff

*Counsel for Plaintiff Jared Edwards*