1   Bryan J. Freedman, Esq. (SBN 151990)
        bfreedman@ftllp.com
2   September Rea (SBN 261121)
        srea@ftllp.com
3   FREEDMAN & TAITELMAN, LLP
    1901 Avenue of the Stars, Suite 500
4   Los Angeles, CA  90067
    Telephone: (310) 201-0005
5   Facsimile: (310) 201-0045

6   Attorneys for Defendants Keenen Ivory Wayans,
    Shawn Wayans, Marlon Wayans,
7   Wayans Bros. Productions, and
    SMP, LLC incorrectly named St. Martin's
8   Press, Inc. (now known as SMP (1952) Inc.)

9

10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12

13  JARED EDWARDS,                    ) CASE NO. 2:10-cv-02231 R (RCX)
                                      )
14              Plaintiff             ) [Honorable Manuel Real,
                                      ) Courtroom 8, USDC - Central District]
15                                    )
    vs.                               ) **DEFENDANTS' AMENDED JOINT**
16                                    ) **WITNESS LIST**
                                      )
17  KEENEN IVORY WAYANS,              )
    SHAWN WAYANS, MARLON              )
18  WAYANS, WAYANS BROTHERS           ) Pre-trial Conference:   Jan. 10, 2011
    PRODUCTIONS, AND ST.              ) Time:   11:00 a.m.
19  MARTIN'S PRESS, INC.,             ) Location.: Courtroom 8
                                      )
20                                    )
                                      )
21              Defendants.           )
                                      ) Trial Date:   February 15, 2011
22                                    ) Time:   9:00 a.m.
                                      ) Location.: Courtroom 8
23                                    )
                                      )
24  _____ )

25

26

27

28

_____
                DEFENDANTS' AMENDED WITNESS LIST

1    Pursuant to Local Rule 16-5, Defendants Keenen Ivory Wayans, Shawn

2  Wayans, Marlon Wayans, Wayans Bros. Productions, Inc. (the "Wayans

3  Defendants"), and St. Martin's Press, Inc. (now known as SMP (1952) Inc.) hereby

4  submit their Amended Joint Witness List for the following witnesses who will, or

5  may be, called to testify at the trial of the above-reference matter:

| Witness | Subject Matter of Testimony |
|---|---|
| Jared Edwards | Defendants will call Mr. Edwards and elicit testimony regarding his employment by Wayans Bros. Productions, Inc., Marlon Wayans and Shawn Wayans, and the facts and circumstances of the creation and publication of the 101 Ways to Know Series by the Wayans Defendants including "101 Ways to Know You're a Golddigger" ("*Golddigger*"). |
| Elizabeth Beier Executive Editor St. Martin's Press, LLC | Ms. Beier will testify regarding the publication of 101 Ways to Know You're a Golddigger". Ms. Beier will further testify regarding lost profits, costs, and lack of revenues from the 101 Ways to Know Series, including *Golddigger*. Ms. Beier will further testify regarding the basis for the advance paid to the Wayans for the three 101 Ways to Know books, the negotiations of the contract for the publication of the books, and regarding the nature of the books, including the fact that the illustrations are a key feature of the books. |

1

DEFENDANTS' AMENDED WITNESS LIST

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>Corporate Representative of St. Martin's Press, LLC** | If necessary, St. Martin's Press, LLC, will designate a corporate representative to testify regarding policies and procedures at St. Martin's Press, LLC as well as the losses from the publication of *Golddigger*. |
| Keenen Ivory Wayans | Keenen Ivory Wayans will testify regarding Plaintiff's employment with the Wayans Defendants, Plaintiff's limited involvement in the 101 Ways to Know Series, in the course and scope of Plaintiff's employment, the Wayans' authorship of the 101 Ways to Know Series, the process of creating *Golddigger* and the other books in the 101 Ways to Know Series, the publication of the 101 Ways to Know Series, overhead and costs associated with creating and publishing the book, and his contacts with California for purposes of choice of law. |
| Marlon Wayans | Marlon Wayans will testify regarding Plaintiff's employment with the Wayans Defendants, Plaintiff's limited involvement in the 101 Ways to Know Series, in the course and scope of Plaintiff's employment, the Wayans' authorship of the 101 Ways to Know Series, the process of creating *Golddigger* and the other books in the 101 Ways to Know Series, the publication of the 101 Ways to Know Series, overhead and costs associated with creating and publishing the book, |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

DEFENDANTS' AMENDED WITNESS LIST

| | |
|---|---|
| | and his contacts with California for purposes of choice of law. |
| Shawn Wayans | Shawn Wayans will testify regarding Plaintiff's employment with the Wayans Defendants, Plaintiff's limited involvement in the 101 Ways to Know Series, in the course and scope of Plaintiff's employment, the Wayans' authorship of the 101 Ways to Know Series, the process of creating *Golddigger* and the other books in the 101 Ways to Know Series, the publication of the 101 Ways to Know Series, overhead and costs associated with creating and publishing the book, and his contacts with California for purposes of choice of law. |
| Nancy (Ahyoung) Kim* | Nancy (Ahyoung) Kim will be called to testify regarding her involvement in the "101 Ways to Know" Series, the role of Shane Miller and Jared Edwards with respect to the creation of those books in the course and scope of their employment. |
| Hayachira Maturell Mendez | Hayachira Maturell Mendez will testify regarding Plaintiff's employment with the Wayans Defendants and his involvement with the 101 Ways to Know Series.  Ms. Maturell Mendez will further testify regarding the creation of the illustrations for the 101 Ways to Know |

3

DEFENDANTS' AMENDED WITNESS LIST

| | |
|---|---|
| | Series, including *Golddigger*. |
| Jay Glick<br><br>Montgomery, Glick & Co.<br><br>5951 Variel Ave<br><br>Woodland Hills, CA 91367<br><br>818-999-6967 | Jay Glick, on behalf of Montgomery, Glick & Co. will be called to authenticate business and financial records for Wayans Bros. Production, Shawn Wayans, Marlon Wayans and Keenen Ivory Wayans and their respective loan-out corporations. Mr. Glick will further testify regarding profits and losses sustained by the Wayans Defendants. |
| Rene McDaniel*<br><br>Montgomery, Glick & Co.<br><br>5951 Variel Ave<br><br>Woodland Hills, CA 91367<br><br>818-999-6967 | Rene McDaniel may testify if necessary to further authenticate business and financial records for Wayans Bros. Production, Shawn Wayans, Marlon Wayans and Keenen Ivory Wayans and their respective loan-out corporations. Further Rene McDaniel may be called to testify regarding profits and losses sustained by the Wayans Defendants. |
| Eric Willis* | Knowledge regarding the facts and circumstances of the creation and development of *Golddigger*. |
| Frederick Alvarez* | Frederick Alvarez may testify if necessary regarding the negotiations with St. Martin's Press, LLC for the publication of *Golddigger*. |
| Leroy Casey* | Leroy Casey may testify if necessary regarding Plaintiff's employment with the Wayans Defendants. |

4

DEFENDANTS' AMENDED WITNESS LIST

| | |
|---|---|
| Le (Luom) Cooper* | Le Copper may testify if necessary regarding the office environment at Wayans Bros., Plaintiff's employment with the Wayans and her minimal involvement in the 101 Ways to Know Series. |
| Bruce Fine* | Bruce Fine may testify if necessary regarding the facts and circumstances of the creation and development of the 101 Ways to Know Series, including but not limited to *Golddigger*. |
| Darren Huang* | Darren Huang may testify if necessary regarding the facts and circumstances of the creation and development of *Golddigger* including creation of the illustrations for *Golddigger*. |
| Michael Tiddes* | Michael Tiddes may testify if necessary regarding Plaintiff's employment with the Wayans and the facts and circumstances of the creation of *Golddigger* and the 101 Ways to Know Series. |

FREEDMAN & TAITELMAN, LLP

Dated: February 9, 2011         By: ___/s/_____
                                    Bryan J. Freedman, Esq.
                                    September Rea, Esq.
                                    Attorneys for Defendants Keenen Ivory
                                    Wayans, Shawn Wayans, Marlon Wayans,
                                    Wayans Brothers Productions, and St.
                                    Martin's Press, Inc. (now known as SMP
                                    (1952) Inc.)

5

DEFENDANTS' AMENDED WITNESS LIST