Kenneth P. Thompson (PHV)
*Email: kthompson@twglaw.com*
Ariel Y. Graff (PHV)
*Email: agraff@twglaw.com*
THOMPSON WIGDOR & GILLY LLP
85 Fifth Avenue
New York, New York 10003
Phone:  (212) 257-6800
Fax:      (212) 257-6845

Counsel for Plaintiff
JARED EDWARDS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED EDWARDS, | Case No. CV10-2231 R (RCx) |
| Plaintiff, | The Honorable Manuel L. Real<br>Courtroom 8 |
| v. | **PLAINTIFF'S AMENDED WITNESS LIST** |
| KEENEN IVORY WAYANS, et al., | |
| Defendants. | |
| | Final Pretrial Conference: Feb. 14, 2011<br>Time:  11:00 a.m.<br>Location:  Courtroom 8 |
| | Trial Date:  March 8, 2011<br>Time:  9:00 a.m.<br>Location:  Courtroom 8 |

Pursuant to Local Rule 16-5, Fed. R. Civ. P. 26(a)(3)(A), and this Court's Order, Plaintiff Jared Edwards ("Plaintiff") respectfully submits the following list of the witnesses that Plaintiff may call to testify at the time of trial of this action.

Plaintiff reserves the right to supplement or modify this list in accordance with the Federal Rules of Civil Procedure or the Local Rules of this Court. The following witnesses are listed without waiving Plaintiff's right to assert objections to all or part of a witness' testimony at trial, to withdraw the witness from Plaintiff's witness list, and to object to Defendants' attempt to call such witness. In addition, Plaintiff reserves the right: (i) to call impeachment and rebuttal witnesses, whether or not listed here; (ii) to call any person on Defendants' witness list (without waiver of any objection to certain witnesses for any purpose); (iii) to call witnesses discovered as a result of documents or information produced after the date of this submission; and (iv) to call custodians of documents as may be necessary.

## WITNESSES

1. Jared Edwards
2. Shawn Wayans
3. Marlon Wayans
4. Keenen Ivory Wayans
5. Ahyoung N. Kim
6. Xavier Cook
7. Julien Cook
8. Scott Williams
9. Ron Sierra
10. Hayachira Maturel Mendez[*]

---

[*]Indicates witness whom Plaintiff may call only if the need arises.

11. Shane Miller*

12. Luom Cooper*

13. Frederick Alvarez*

14. Kimberly Logan*

15. Elizabeth Beier*

16. Jay S. Glick*

17. Defendants' representative(s) or records custodian(s) to authenticate documents.*

18. Any additional witnesses appearing on Defendants' witness list which are not objected to by Plaintiff.*

Dated: February 11, 2011

Respectfully submitted,

THOMPSON WIGDOR & GILLY LLP

By: __/s/_____
     Kenneth P. Thompson
     Ariel Y. Graff

*Counsel for Plaintiff Jared Edwards*