# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:** CV-10-2231-R                                                                 **Date:** Feb. 14, 2011

**TITLE:** JARED EDWARDS V. KEENAN IVORY WAYANS et al
================================================================

**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| | |
|---|---|
| **William Horrell** | **Sheri Kleeger** |
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**

   Ariel Graff                                                                  Bryan Freedman
                                                                                        September Rea


**PROCEEDINGS:** FINAL PRE-TRIAL CONFERENCE


The Court states that it will allow plaintiff ten court hours to present his case, and defendants eight court hours to present their case.

An issue arises that plaintiff possibly sued the incorrect corporate entity in their complaint, and the time to request allowance to amend the complaint has passed; therefore the Court will not sign the proposed final pre-trial order as currently presented.

The matter is continued for Final Pre-Trial Conference to April 11, 2011 at 11:00 a.m. The Trial date of March 8, 2011 is Vacated, to be re-set at the final pre-trial conference.


                                                                                                        7 min

**MINUTES FORM 90**                                                     **Initials of Deputy Clerk    WH**
**CIVIL -- GEN**