Kenneth P. Thompson (PHV)
*Email: kthompson@twglaw.com*
Ariel Y. Graff (PHV)
*Email: agraff@twglaw.com*
THOMPSON WIGDOR & GILLY LLP
85 Fifth Avenue
New York, New York 10003
Phone:  (212) 257-6800
Fax:     (212) 257-6845

Counsel for Plaintiff
JARED EDWARDS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARED EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>KEENEN IVORY WAYANS, et al.,<br><br>    Defendants. | Case No. CV10-2231 R (RCx)<br><br>The Honorable Manuel L. Real<br>Courtroom 8<br><br>**NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**<br><br>Date:      May 2, 2011<br>Time:      11:00 a.m.<br>Location:  Courtroom 8 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to F.R.Civ.P. 16(e) and L.R. 16-7, Plaintiff Jared Edwards lodges herewith the [Proposed] Final Pretrial Conference Order on behalf of the parties to this action.

Dated: April 11, 2011               Respectfully submitted,

                                    THOMPSON WIGDOR & GILLY LLP


                                    By: _____/s/_____
                                        Kenneth P. Thompson
                                        Ariel Y. Graff

                                    *Counsel for Plaintiff Jared Edwards*