UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-10-2231-R                                    Date: APRIL 13, 2011

Title:   JARED EDWARDS -v- KEENAN IVORY WAYANS et al
================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

    William Horrell                             None Present
   Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                      None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)


**The Court hereby sets this action set to commence Jury Trial on JULY 12, 2011 AT 9:00 A.M.**

**The Final Pre-Trial Conference remains set on May 2, 2011 at 11:00 a.m.**

**IT IS SO ORDERED.**




cc: counsel of record



MINUTES FORM 11                                         Initials of Deputy Clerk ___WH____
CIVIL -- GEN