1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JARED EDWARDS, | ) | CASE NO. 2:10-cv-02231 R (RCX) |
| | ) | |
| Plaintiff | ) | [*Hon. Manuel Real, Courtroom 8*] |
| | ) | |
| vs. | ) | **ORDER ELECTING SETTLEMENT PROCEDURE PURSUANT TO LOCAL 16-15** |
| | ) | |
| KEENEN IVORY WAYANS, SHAWN WAYANS, MARLON WAYANS, WAYANS BROTHERS PRODUCTIONS, AND ST. MARTIN'S PRESS, INC., | ) | Trial Date: July 12, 2011 |
| | ) | |
| Defendants. | ) | |

1

[PROPOSED ORDER] ELECTING SETTLEMENT PROCEDURE

1   It is ORDERED that the parties are to attend a full day mediation before the
2   Honorable George P. Schiavelli (Ret.) at JAMS Los Angeles on Friday, July 1,
3   2011 at 10:00 a.m.  In the event that the parties are unable to reach a resolution
4   through mediation, Defendants and Plaintiff will split mediation costs equally.
5   However, in the event that a resolution through mediation is reached, Defendants
6   agree to pay the full amount of mediation costs.

9   Dated_June 27, 2011__

_____
The Honorable Manuel Real
United States District Judge