1  Kenneth P. Thompson, PHV
        *kthompson@twglaw.com*
2  Basil C. Sitaras, PHV
        *bsitaras@twglaw.com*
3  THOMPSON WIGDOR & GILLY LLP
4  85 Fifth Avenue
5  New York, New York 10003
   Phone:  (212) 257-6800
6  Fax:       (212) 257-6845
7  *Attorneys for Plaintiff Jared Edwards*

8
   Jesse A. Kaplan (SBN 255059)
9        *jkaplan@ftllp.com*
   September Rea (SBN 261121)
10       *srea@ftllp.com*
   FREEDMAN & TAITELMAN, LLP
11  1901 Avenue of the Stars, Suite 500
12  Los Angeles, CA  90067
   Telephone: (310) 201-0005
13  Facsimile:   (310) 201-0045
14  *Attorneys for Defendants Keenen Ivory Wayans, Shawn Wayans,*
15  *Marlon Wayans, Wayans Bros. Productions and St. Martin's Press, LLC*

16           **UNITED STATES DISTRICT COURT**

17           **CENTRAL DISTRICT OF CALIFORNIA**

18

19  JARED EDWARDS,                    )  CASE NO. 2:10-cv-2231 R (RCx)
                                      )
20              Plaintiff,            )  Honorable Manuel L. Real
21                                    )  Courtroom 8
                                      )
22       v.                           )
                                      )  **AMENDED JOINT TRIAL**
23  KEENEN IVORY WAYANS, et al.,      )  **EXHIBIT LIST**
                                      )
24              Defendants.           )  Trial Date:  July 12, 2011
25                                    )  Time:   9:00 a.m.
26                                    )  Location: Courtroom 8
                                      )
27                                    )
                                      )
28  _____      )

AMENDED JOINT EXHIBIT LIST

1   Pursuant to Local Rule 16-6.1 and the Order of this Court, the parties hereby

2   respectfully submit the following Joint Trial Exhibit List:

3

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | COMPLAINT and JURY DEMAND by Plaintiff Jared Edwards (ECF No. 1; MW.2; SW.1; JE.2) | | |
| 2. | ANSWER to Complaint by Defendants Keen[e]n Ivory Wayans, Shawn Wayans, Marlon Wayans, and Wayans Brothers Productions (ECF No. 17; MW.1; SW.2) | | |
| 3. | ANSWER TO COMPLAINT with JURY DEMAND BY Defendant St. Martin's Press, Inc., now known as SMP (1952) (ECF No. 18) | | |
| 4. | DECLARATION OF SHAWN WAYANS *in Support of Motion to Transfer Case Pursuant to 28 U.S.C. Sec. 1404(a)*, dated 03/10/10 (ECF No. 22; SW.3) | | |
| 5. | Defendant Keenen Ivory Wayans's [Verified] Responses to Plaintiff's First Set of Interrogatories to Defendant Keenen Ivory Wayans, dated 11/02/10 (K.I.Wayans.6) | | |
| 6. | Defendant Marlon Wayans's [Verified] Responses to Plaintiff's First Set of Interrogatories to Defendant Marlon Wayans, dated 11/02/10 (M.Wayans.3) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 7. | Defendant Shawn Wayans's [Verified] Responses to Plaintiff's First Set of Interrogatories to Defendant Shawn Wayans, dated 11/02/2010 (SW.12) | | |
| 8. | Writer's Guild of America, Documentation of Registration and Registration Confirmation for the material entitled *You know you're a Golddigger when…* by Jared Edwards, dated 07/10/07 (JE_007-008) | | |
| 9. | U.S. Copyright Office, Certificate of Registration (No. TXu 1-612-358), effective date 08/23/09, Title *You know you're a Gold Digger when…*, by Copyright Claimant Jared Edwards (JE_009) | | |
| 10. | *You know you're a Gold Digger when…*, by Jared Edwards (JE_001-006; JE.8) | | |
| 11. | Cover Page, *101 Ways to Know… You're a Gold Digger.*, Written By: Jared Edwards, Marlon Wayans, Shawn Wayans & Keenen Ivory Wayans (JE_115) | | |
| 12. | Pitch Board, *101 Ways to Know* (JE_134) | | |
| 13. | Pitch Board, *101 Ways to Know* (Wayans_115) | | |
| 14. | Merchandizing Sheet, *101 Ways to Know…* (JE_143; MW.7; SW.9; Alvarez.7; Mendez.2) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 15. | *101 Ways to Know You're a Golddigger, You know you're a Gold Digger when…,* Written By: Jared Edwards, Shawn Wayans, Marlon Wayans and Keenen Ivory Wayans, last modified 04/21/06 (SMP_01476-01481; MW.9; SW.10) | | |
| 16. | *101 Ways to Know You're a Golddigger, You know you're a Gold Digger when…,* Written By: Jared Edwards, Shawn Wayans, Marlon Wayans and Keenen Ivory Wayans, last modified 04/21/06 (Wayans_0222-0228; MW.10; SW.11; K.I.Wayans.9; JE.5; SM.2; Cooper.1; Alvarez.8; Mendez.6) | | |
| 17. | *101 Ways How to Know if your a Groupie,* by Jared "The Muse" Edwards (JE_136-137; JE.3) | | |
| 18. | *101 Ways to Know you're a Groupie or Gold Digger,* by Jared "The Muse" Edwards (JE_138-142; JE.4) | | |
| 19. | *How to know if your Child's Party is Ghetto,* By Jared "The Muse" Edwards, handwritten date 06/14/05 (Wayans_0389-0394) | | |
| 20. | Chart: *Employee Names and dates paid by Corporations, S-Corporations and Limited Liability Companies,* revised 02/24/10 (Wayans_0006; K.I.Wayans.1) | | |
| 21. | Poster, Shawn Wayans, The Venetian, *One-Night Only/Nov 3* (SW.6) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 22. | Email from Rick Alvarez to Elizabeth Beier, 10/17/05, Subject: "*101 Ways…*" (Wayans_0107; K.I.Wayans.2; Alvarez1) | | |
| 23. | St. Martin's Press Contract, 10/05/05 (Wayans_0051-0065; MW.8; K.I.Wayans.5) | | |
| 24. | Checking Receipt, Payment totaling $2,000 by Ivory Way, Inc., Next to Last Production, Inc. and Baby Way Productions, Inc., to Jared Edwards (Outside Services), dated 08/16/05 (JE_116; MW.11; SW.4; K.I.Wayans.10) | | |
| 25. | Email chain ending: From *Ahyoung*; To *Jared*; 06/12/09; Subject: Re: *My 101 How to Know You're a Golddigger Jokes* (JE_117-118; JE.10) | | |
| 26.* | Email chain ending: 10/06/08; Subject: Fw: *101 WAYS Books...* (Wayans_0068-0070; Cooper.4) | | |
| 27.* | Email chain ending: 02/23/10; Subject: Fw: *poster 101* (Wayans_0095-0096; Cooper.5) | | |
| 28. | Email chain (w/attachment) ending: 09/07/05; Subject: FW: *Wayans Bros.* (SMP_01712-01714; Alvarez.3) | | |
| 29. | Email chain ending: 04/02/07; Subject: Re: Fw: "*101 Ways...*" (JE_155-157; Alvarez.4) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 30. | Letter w/enclosure from St. Martin's Press to William Morris Agency, dated 02/09/06 (Wayans_0066-0067) | | |
| 31. | SMS Text Message - from 3237025651; Sent 10/25/06; Subject: *Had a talk with jared*. (SW.5; JE.12) | | |
| 32. | Email – From: *Ahyoung Kim*; Subject: *10-9-06 golddigger meeting recap*; To: *Jared, Marlon, Shane Roach, Shawn cell*; Date: 10/10/06 (JE_194-195) | | |
| 33. | Wayans Bros. Productions Profit & Loss Statement (2004) (Wayans_0908-0943) | | |
| 33. | Wayans Bros. Productions Profit & Loss Statement (2005) (Wayans_0955-0995) | | |
| 34. | Wayans Bros. Productions Profit & Loss Statement (2006) (Wayans_1007-1041) | | |
| 35. | Wayans Bros. Productions Profit & Loss Statement (2007) (Wayans_1049-1059) | | |
| 36. | Wayans Bros. Productions Profit & Loss Statement (2008) (Wayans_1060-1068) | | |
| 37. | Wayans Bros. Productions Profit & Loss Statement (2009) (Wayans_1069-1076) | | |
| 38. | SMK Merchandising LLC Profit & Loss Statement (2005) (Wayans_1105-1121) | | |
| 39. | SMK Merchandising LLC Profit & Loss Statement (2006) (Wayans_1131-1154) | | |
| 40. | SMK Merchandising LLC Profit & Loss Statement (2007) (Wayans_1182-1206) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 41. | SMK Merchandising LLC Profit & Loss Statement (2008) (Wayans_1218-1232) | | |
| 42. | SMK Merchandising LLC Profit & Loss Statement (2009) (Wayans_1241-1256) | | |
| 43. | 5 D Comics, LLC Profit & Loss Statement (2005) (Wayans_1264) | | |
| 44. | 5 D Comics, LLC Profit & Loss Statement (2006) (Wayans_1265-1283) | | |
| 45. | 5 D Comics, LLC Profit & Loss Statement (2007) (Wayans_1292-1326) | | |
| 46. | 5 D Comics, LLC Profit & Loss Statement (2008) (Wayans_1336-1363) | | |
| 47. | 5 D Comics, LLC Profit & Loss Statement (2009) (Wayans_1371-1388) | | |
| 48.* | St. Martin's Press Art Log for *101 Ways to Know You're a Golddigger* (SMP_00007-00012; SM.4; Alvarez.7: Mendez.5) | | |
| 101. | Standard Multi-Tenant Office Lease between Gilmore North Market, LLC and Wayans Bros. Productions, Inc. (Wayans_0862-0907) | | |
| 118. | SMK Merchandising LLC Profit & Loss Statement – January through December 2004 (Wayans_1079–1080) | | |
| 119. | SMK Merchandising LLC Profit & Loss Detail – January through December 2004 (Wayans_1081–1093) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 130. | 5 D Comics, LLC Profit & Loss Statement – January through December 2004 (Wayans_1263) | | |
| 140. | Illustrations for *101 Ways to Know You're a Golddigger* (Wayans_1402-1422) | | |
| 141. | Illustrations for *101 Ways to Know You're Married If* (Wayans_1445) | | |
| 142. | *101 Way to Know You Have a Little Piece* list (Wayans_1423-1426) | | |
| 143. | Illustrations for *101 Ways to Know You're a Golddigger* (Wayans_1446-1448) | | |
| 144. | Illustrations for *101 Ways to Know if You Kid's Party is Ghetto* (Wayans_1449-1450) | | |
| 145. | Illustrations for *101 Ways to Know if You're a Weed Head* (Wayans_1451) | | |
| 146. | Illustrations for *101 Ways to Know if Your Kid's Party is Ghetto* (Wayans_1452-1454) | | |
| 147. | Illustrations for *101 Ways to Know if You're a Weed Head* (Wayans_1457-1458) | | |
| 148. | *101 Ways to Know You're A Golddigger* joke list (Wayans_1461-1463) | | |
| 149. | Illustrations (Wayans_1400-1401) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 150. | Illustrations for *101 Ways to Know You're a Golddigger* (Wayans_1464) | | |
| 151. | Illustrations for *101 Ways to Know You're a Golddigger* (Wayans_1465-1485) | | |
| 152. | *How to Know if Your Child's Party is Ghetto* list (Wayans_1486-1490) | | |
| 153. | *How to Know if Your Child's Party is Ghetto* list (Wayans_1491-1495) | | |
| 154. | *101 Ways to Know It's Time to Move Out Yo Mama's House* list (Wayans_1496-1504) | | |
| 155. | *101 Ways to Know It's Time to Move Out Yo Mama's House* list (Wayans_1505-1513) | | |
| 156. | *101 Ways to Know You're a Golddigger* list (Wayans_1521-1526) | | |
| 157. | *101 Ways to Know You're a Golddigger / You Know You're a Gold Digger when...* joke list (Wayans_1527-1532) | | |
| 158. | July 26, 2005 letter from Ahyoung to Shawn and Marlon (Wayans_1533) | | |
| 159. | Illustrations for *101 Ways to Know You're Having a Ghetto Christmas* (Wayans_1583-1585) | | |
| 160. | Illustrations for *101 Ways to Know Your Kid's Party is Ghetto* (Wayans_1514-1520) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 161. | Illustration for *101 Ways to Know You're Having a Ghetto Christmas* (Wayans_1602) | | |
| 162. | *101 Ways to Know that You're Jewish* (Wayans_1603-1604) | | |
| 163. | *101 Ways to Know You're a Goldigger* (Wayans_1605-1610) | | |
| 164. | Illustrations for *101 Ways to Know You're a Goldigger* (Wayans_1616-1712) | | |
| 165. | Jan. 20, 2009 memorandum from Meryl to Michelle re 1st pass pages for *101 Ways to Know You're a Golddigger* for review (Wayans_1713-1825) | | |
| 166. | Illustrations for *101 Ways to Know You're a Golddigger* (Wayans_1826) | | |
| 167. | *101 Ways to Know You're a Golddigger* (Wayans_1827-1828) | | |
| 168. | Jokes for Illustrations (Wayans_1829-1830) | | |
| 169. | October 9, 2006 "101 notes" from Ayhoung to Layron (Wayans_1831-1832) | | |
| 170. | *101 Ways to Know That You're a Golddigger* list (Wayans_1833-1838) | | |
| 171. | *101 Ways to Know you're a Goddigger* list (modified 4/21/06) (Wayans_1840-1580) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 172. | *101 Ways to Know it's Time to Move Out Yo Mama's House* list (Wayans_1851-1854) | | |
| 173. | *101 Ways to Know it's Time to Leave Your Moma's House* "script" (Wayans_1882-1884) | | |
| 174. | *101 Ways to Know It's Time to Leave Your Moma's House* lists (Wayans_1905-1917) | | |
| 175. | *101 Ways to Know It's Time to Leave Your Moma's House* lists (Wayans_1918-1921) | | |
| 176. | *101 Ways to Know It's Time to Leave Your Moma's House* lists (Wayans_1952-1956) | | |
| 179. | Illustrations for 101 Ways to Know You're a Golddigger (SMP_00013-00113) | | |
| 180 | Jan. 20, 2009 memorandum from Meryl to Michelle re 1st pass pages for *101 Ways to Know You're a Golddigger* for review (SMP_00114-00226) | | |
| 181. | Edit Sheets with Handwritten Notes for *Golddigger* (SMP_00227-00351) | | |
| 182. | August 26 Illustrations sent by William Morris Agency | | |
| 183.* | Handwritten cover note from Baker Winokvr Ryder to Michael enclosing press kit for Wayans Bros. (SMP_00454) | | |

-10-

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 184. | Press kit photos (SMP_00455-00470) | | |
| 185. | July 3, 2000 article re Marlon and Shawn Wayans (SMP_00471-00473) | | |
| 186.* | Teen People magazine article (SMP_00474-00477) | | |
| 187.* | JANE article (SMP_00478-00479) | | |
| 189.* | Premier Action article/photos (SMP_00480-00486) | | |
| 190.* | Shawn Wayans Biography by BWR Public Relations (SMP_00487) | | |
| 191.* | Marlon Wayans Biography by BWR Public Relations (SMP_00488) | | |
| 192. | Griffin – Fall 2006 Launch Sheet for 101 Ways to Know (SMP_0489) | | |
| 193. | Griffin – Fall 2006 Launch Sheet for 101 Ways to Know You're a Loser (SMP_00490) | | |
| 194. | Griffin – Fall 2006 Launch Sheet for 101 Ways to Know You're Having a Ghetto Christmas (SMP_00491) | | |
| 195. | Script and illustrations for 101 Ways to Know You're Having a Ghetto Christmas (SMP_00492-00543) | | |
| 196. | Handwritten notes (SMP_00544) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 197. | St. Martin's Press & Tor Books Production Estimate & Final Costs for 101 Ways to Know You're Having a Ghetto Christmas (SMP_00545-00549) | | |
| 198. | St. Martin's Press & Tor Books Production Estimate & Final Costs for 101 Ways to Know It's Time to Leave Your Mama's House (SMP_00550) | | |
| 199. | St. Martin's Press & Tor Books Production Estimate & Final Costs for 101 Ways to Know You're a Golddigger (SMP_00551) | | |
| 200. | St. Martin's Press & Tor Books Production Estimate & Final Costs for 101 Ways to Know You're Having a Ghetto Christmas (SMP_00552) | | |
| 201. | Script and illustrations for 101 Ways to Know You're Having a Ghetto Christmas (SMP_00553-00554) | | |
| 202. | St. Martin's Press Editorial Deal Sheet/Request for Contract (SMP_00555- 00558) | | |
| 203. | Pre-Acquisition Operating Contribution Estimate (SMP_00559-00561) | | |
| 204. | St. Martin Press & Tor Books Production Estimate & Final Costs for 101 Ways to Know You're Having a Ghetto Christmas (SMP_00562) | | |

AMENDED JOINT EXHIBIT LIST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 205. | Jan. 12, 2009 Memorandum from Meryl to Michelle re 101 book for review (SMP_00563-00675) | | |
| 206. | Illustrations for 101 Ways to Know It's Time to Leave Yo Mama's House (SMP_00676-00683) | | |
| 207. | Illustrations [Other] (SMP_00684-00691) | | |
| 208. | Script for 101 Ways to Know It's Time to Leave Yo Mama's House (SMP_00692-00702) | | |
| 209. | St. Martin's Press Art Log for 101 Ways to Know It's Time to Leave Yo Mama's House (SMP_00703-00707) | | |
| 210. | Illustrations for 101 Ways to Know It's Time to Leave Yo Mama's House (SMP_00708-00807) | | |
| 211. | September 4, 2008 modifications to 101 Ways to Know It's Time to Leave Yo Mama's House (SMP_00808-00809) | | |
| 212. | Illustrations re for 101 Ways to Know It's Time to Leave Yo Mama's House (SMP_00810-00814) | | |
| 213. | September 20, 2006 modifications to 101 Ways to Know It's Time to Leave Yo Mama's House (SMP_00815-00818) | | |
| 214. | September 2, 2008 modifications to 101 Ways to Know It's Time to Leave Yo Mama's House (SMP_00819-00821) | | |

-13-

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 215. | Illustrations for 101 Ways to Know It's Time to Leave Yo Mama's House (SMP_00822-00911) | | |
| 216. | Dec. 6, 2005 Pre-Acquisition Operating Contribution Estimate (SMP_00912-00914) | | |
| 217. | St. Martin's Press 101 Ways to Know You're Having a Ghetto Christmas (SMP_00915) | | |
| 218. | May 20, 2009 Memorandum from Meryls to Michelle re last pass pages for 101 Ways to Know You're Having a Ghetto Christmas (SMP_00916) | | |
| 219. | Script and illustrations for 101 Ways to Know You're Having a Ghetto Christmas (SMP_00917-01028) | | |
| 220. | 101 Ways to Know You're Having a Ghetto Christmas list (SMP_01029-01040) | | |
| 221. | Press Art Log for 101 Ways to Know You're Having a Ghetto Christmas (SMP_01041-01044) | | |
| 222. | Illustrations for 101 Ways to Know You're Having a Ghetto Christmas (SMP_00145) | | |
| 223 | Script and illustrations for 101 Ways to Know You're Having a Ghetto Christmas (SMP_01146-01194) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 224. | Typed list of Ghetto Christmas Jokes with Handwritten Notes (SMP_01195-01197) | | |
| 225. | September 15, 2005 email chain between Nancy Trypuc, Elizabeth Beier, Sally Richardson, Matthew Maldacci re 101 Ways to Know You're Having a Ghetto Christmas (SMP_01198-01201) | | |
| 226. | Illustrations for 101 Ways to Know You're Having a Ghetto Christmas (SMP_01202-01285) | | |
| 227. | Handwritten dedication for 101 Ways to Know You're Having a Ghetto Christmas (SMP_1286) | | |
| 228. | May 20, 2009 Memorandum from Meryl to Michelle re 1st pass for 101 Ways to Know You're Having a Ghetto Christmas (SMP_01287) | | |
| 289. | Script and illustrations for 101 Ways to Know You're Having a Ghetto Christmas with handwritten changes (SMP_01285-01389) | | |
| 290. | Illustrations for 101 Ways to Know It's Time to Leave Yo Mama's House (SMP_01471) | | |
| 291. | July 11, 2008 letter from Tracy Fisher of William Morris Agency to Elizabeth Beier (SMP_01472) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 292. | List for 101 Ways to Know You're Having a Ghetto Christmas (SMP_01473-01475) | | |
| 294. | List for 101 Ways to Know It's Time to Leave Yo Mama's House (SMP_01982-01484) | | |
| 295. | Dec. 15, 2010 letter from Elizabeth to SMK re book agreement and 30 day deadline to deliver manuscript (SMP_01485-01486) | | |
| 296. | List for 101 Ways to Know It's Time to Leave Yo Mama's House (SMP_01487) | | |
| 297. | February 9, 2006 letter from Holly Bash re 101 Ways 1-3 series (SMP_01491) | | |
| 298. | Check number 073061 dated February 8, 2006 to WMA for $250,001.00 (SMP_01492) | | |
| 299. | October 5, 2005 St. Martin's Press Contracts (SMP_01493-01522) | | |
| 300. | Jan. 31, 2006 letter from Eric Zohn to Holly Bash re agreement (SMP_01523) | | |
| 301. | 101 Ways series 1-3 (redlines) (SMP_01524-01538) | | |
| 302. | Jan. 26, 2006 fax cover sheet from Tracy Fisler to Elizabeth Beier re signatures to contract (SMP_01539) | | |
| 303. | Signature page to contract (SMP_01540) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 304. | Copies of contract file (SMP_01541-01556) | | |
| 305. | February 9, 2006 letter from Holly Bash to Eric Zohn enclosing fully-executed contract for 101 Ways Series 1-3 (SMP_01557) | | |
| 306. | Check number 073061 dated February 8, 2006 for $250,001.00 (SMP_01558) | | |
| 307. | September 27, 2006 SMP Editorial Deal Sheet/Request for Contract (SMP_01559-01560) | | |
| 308. | Pre Acquisition Operating Estimate (SMP_01563-01565) | | |
| 309. | St. Martin's Press Estimate and Final Costs for 101 Ways to Know You're Having a Ghetto Christmas (SMP_01566) | | |
| 310. | Jan. 6, 2006 email between Gabriella Oravetz and "Ezasst" and Eric Zohn (SMP_01567) | | |
| 311. | October 5, 2005 emails from Joseph Auston to Paul Sleven (SMP_01568) | | |
| 312. | St. Martin's Press Contracts (SMP_01569-01613) | | |
| 313. | May 6, 2009 email from Ann Day re Wayans on View (SMP_01614) | | |
| 314. | April 13, 2006 email from Elizabeth Beier to Michelle (SMP_01615) | | |

-17-

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 315. | Letter to Rick Alvarez (SMP_0616-01618) | | |
| 316. | October 8, 2008 email from TFasst – Michelle re conference call (SMP_01619-01620) | | |
| 317. | October 3, 2008 Holtzbrinck Publisher Check Request (SMP_01621) | | |
| 318. | June 2, 2006 Monaco Representatives invoice number 5428 for $4,900 (SMP_01622) | | |
| 319. | Account Sheet (SMP_01623) | | |
| 320. | June 2, 2006 Monaco Representatives invoice number 5424 for $4,000 (SMP_01624) | | |
| 321. | September 16, 2005 letter from Elizabeth Beier to Tracy Fisher (SMP_01625-01627) | | |
| 322. | Wayans Bros. Co-Venture Structure/Description of Co-Venture Deal Accounting (SMP_01628) | | |
| 323. | Wayans Bros. Co-publishing Venture Example/Profit Sharing v. Traditional Royalty Deal (SMP_01629) | | |
| 324. | June 26, 2007 note from Elizabeth to Matthew re 72 pieces of illustrations (SMP_01630) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 325. | June 5, 2007 Memorandum from Tracy Fisher to Elizabeth Beier Re 101 Ways to Know It's Time to Leave Yo Mama's House (SMP_01631) | | |
| 326. | September 9, 205 note to Sally George, Matthew, Briand, Dori, and Steve re 101 Ways Series (SMP_01632) | | |
| 327. | Note "Profit Sharing" (SMP_01633) | | |
| 328 | Handwritten notes re Wayans (SMP_01634) | | |
| 329. | September 15, 2005 email (SMP_01635) | | |
| 330. | September 22, 2005 email (SMP_01636) | | |
| 331. | September 22, 2005 email (SMP_01637) | | |
| 332. | September 22, 2005 email (SMP_01638) | | |
| 333. | October 7, 2005 email (SMP_01639) | | |
| 334. | Nielsen Bookscan Reports (SMP_01640-01642) | | |
| 335. | September 9, 2005 Title Sales Summaries (SMP 1643-1647) | | |
| 336. | Federal Express Label (SMP_01648) | | |
| 337. | Cover for 101 Ways to Know You're Having a Ghetto Christmas (SMP_01649) | | |
| 338. | Cover for 101 Ways to Know You're a Golddigger (SMP_01650) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 339. | Cover for 101 Ways to Know It's Time to Leave Yo Mama's House (SMP_01651) | | |
| 340. | Illustrations for 101 Ways to Know You're a Golddigger (SMP_01652 - 01707) | | |
| 341. | Griffin Original articles (SMP_01798-01711) | | |
| 343. | Wayans Bros. Company Bio (SMP_01713-01714) | | |
| 344. | Guidelines for Wayans_101 Series from Tracy Fisher (SMP_01715-01716) | | |
| 345. | Griffin Fall 2006 Label Sheet for 101 Ways to Know It's Time to Leave Yo Mama's House (SMP_01717) | | |
| 346. | July 14, 2008 article re Little Man (SMP_01718) | | |
| 347. | Articles re celebrities (SMP_01719-01720) | | |
| 348. | July 17, 2006 USA Today article re Little Man (SMP_011721-01722) | | |
| 349. | July 12, 2006 LA Weekly "Film Reviews" (SMP_01723-01725) | | |
| 350. | August 16, 2006 Eonline review of Little Man (SMP_01726) | | |
| 351. | St. Martin's Manufacturing Schedules (SMP_01727-01731) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 352. | October 23, 2005 email re Publisher's lunch (SMP_01732-01744) | | |
| 353. | Cover for 101 Ways to Know It's Time to Leave Yo Mama's House (SMP_01745) | | |
| 354. | Wayans Bros. checklist (SMP_01746) | | |
| 355. | "Wayans File" (SMP_01747) | | |
| 356 | News article for Thugaboo (SMP_01748) | | |
| 357. | Notes (SMP_01749 -01750) | | |
| 358. | Handwritten notes on Memorandum from Elizabeth Beier (SMP_01751) | | |
| 359. | Handwritten notes (01752) | | |
| 360. | Illustration for 101 Ways to Know You're Having a Ghetto Christmas (SMP_07153-07155) | | |
| 361. | September 14, 2005 email with handwritten notes (SMP_01756) | | |
| 362. | September 14, 2005 letter (draft) from Tracy Fisher (SMP_01757) | | |
| 363. | March 9, 2006/March 21, 2006 email from Karen Gills to Elizabeth Beier (SMP_01578) | | |
| 364. | September 15, 2005 email from Matthew Shear to Sally Richardson, Elizabeth Beier and George Wittle re marketing ideas (SMP_01759) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 365. | Wayans Bros. Publishing Venture Ex Profit Sharing v. Traditional Royalty Deal (SMP_01760) | | |
| 366. | William Morris Agency Offer Guidelines for 101 Series (SMP_01761-07162) | | |
| 367. | Wayans Bros. Co-Venture Structure Description of Co-Venture Deal (SMP_01763) | | |
| 368. | St. Martins Press Deal Date (Contracts) (SMP_01764-01765) | | |
| 369. | St. Martin's Press Ways to Know It's Time to Leave Yo Mama's House (SMP_01766) | | |
| 370. | 101 Ways to Know You're Having a Ghetto Christmas [changes] (SMP_01767-01768) | | |
| 371. | St. Martin's Press 101 Ways to Know You're Having a Ghetto Christmas (SMP_01769) | | |
| 372. | St. Martin's Press 101 Ways to Know You're a Golddigger (SMP_01770-01771) | | |
| 373. | St. Martin's Press 101 Ways to Know It's Time to Leave Yo Mama's House (SMP_01772) | | |
| 374. | Notes from Tracy Fisher (SMP_01773-01774) | | |
| 375. | Handwritten Notes (SMP_01775) | | |

-22-

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 376. | Federal Express label (SMP_01766-01779) | | |
| 377. | July 31, 2008 Memorandum from James to Elizabeth re sample layouts (SMP_01780-01782) | | |
| 378. | July 22, 2010 Title Sales Summary (SMP_01783) | | |
| 379. | July 22, 1010 Marketing Expense (SMP_01784) | | |
| 380. | July 22, 1010 Historical Print/Bind Orders (SMP_01785) | | |
| 381. | Certified Copy of Certificate of Registration from the United State Copyright Office, Registration Number TX7-064-388, Effective date of registration July 6, 2009 | | |
| 383. | SMK Merchandising Binder including Memorandum dated October 4, 2005 regarding status of projects in progress (Wayans_0347-0861) | | |
| 384. | 150 Ways to Tell if You're Ghetto by Shawn Wayans, Chris Spencer and Suli McCullough, Copyrighted 1997 and published by Dell Publishing | | |
| 385. | 101 Ways to Know It's Time to Move Out Yo Mama's House list (Wayans_0247-0249) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 387. | W-2 Forms for Jared Edwards issued by Wayans Bros. Productions 2004, 2005 and 2006 (Wayans_0009) | | |
| 388. | Transaction Detail by Account for Wayans Bros. Productions (Wayans_0016-0015) | | |
| 389. | W-2 Forms for Jared Edwards issued by Next to Last Productions, Inc. 2005, 2006 (Wayans_0012) | | |
| 390. | Transaction Detail by Account for Next to Last Productions, Inc. (Wayans_0014) | | |
| 391. | W-2 Forms for Jared Edwards issued by Baby Way, Inc. 2005, 2006 (Wayans_0008) | | |
| 392. | Transaction Detail by Account for Baby Way Productions, Inc. (Wayans_0013) | | |
| 392. | Vendor QuickReport for checks issued by Shawn Wayans to Jared Edwards (Wayans_0018) | | |
| 393. | Vendor QuickReport for checks issued by Marlon Wayans to Jared Edwards (Wayans_0017) | | |
| 394. | Email Dated September 5, 2006 from Ahyoung Kim (JE_199) | | |
| 395. | SMP, LLC Amended Contract for Publication of 101 Ways to Know (Wayans_0021-0035) | | |
| 397. | List of Golddigger jokes with handwritten notes (JE_119-124) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 398. | Email from Ahyoung Kim to Jared Edwards Dated July 31, 2007 (JE_125) | | |
| 399. | Email Dated July 9, 2007 with Attachment from Ahyoung Kim to Jared Edwards (JE_126-132) | | |
| 400. | Book Meeting Notes (JE_133) | | |
| 402. | Email Exchange ending March 5, 2007 between Ahyoung Kim to Tracy Fisher, Rick Alvarez (JE_158-159) | | |
| 403. | Email Exchange ending February 28, 2007 between Ahyoung Kim to Tracy Fisher, Rick Alvarez (JE_160-161) | | |
| 404. | Email Exchange between cjsoulart.aim.com and ahyoung74@yahoo.com ending February 25, 2006 (JE_162-164) | | |
| 405. | Email from Joses Torres to ahyoungk74@yahoo.com dated February 8, 2006 (JE_165-176) | | |
| 406. | Email from Jose Torres to ahyoungk74@yahoo.com dated Jan. 31, 2006 (JE_177-182) | | |
| 407. | Email from Darren Huang to Ahyoung Kim dated February 17, 2006 (JE_186-187) | | |
| 408. | Email from Jose Torres to ahyoungk74@yahoo.com dated February 7, 2006 (JE_188-189) | | |

AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 409. | Email from Jose Torres to ahyoungk74@yahoo.com dated February 7, 2006 (JE_190-191) | | |
| 410. | Email from Jose Torres to ahyoungk74@yahoo.com dated February 1, 2006 (JE_192-193) | | |
| 412. | Email from ahyoungk74@yahoo.com to DeJarnette Designs dated September 6, 2006 (JE_197-198) | | |
| 413. | Email from ahyoungk74@yahoo.com to Jared, Marlon, Shane, Shawn dated September 5, 2006 (JE_199) | | |
| 414. | December 13, 2010 Title Sales Summary (SMP 01859) (Supplements Exhibit 378) | | |
| 415. | June 20, 2011 Title Sales Summary (SMP 01860) (Supplements Exhibit 378) | | |

Dated: June 27, 2011

Respectfully submitted,

THOMPSON WIGDOR & GILLY LLP

By: ___/s/_____
Kenneth P. Thompson
Basil C. Sitaras
*Attorneys for Plaintiff Jared Edwards*

/ / /
/ / /
/ / /
/ / /

1  Dated:  June 21, 2011                          FREEDMAN & TAITELMAN, LLP

2

3                                         By:  ___/s/_____

4                                              Jesse A. Kaplan
                                               September Rea
5

6                                         *Attorneys for Defendants Keenen Ivory*
                                          *Wayans, Shawn Wayans, Marlon Wayans,*
7                                         *Wayans Bros. Productions, and St. Martin's*
                                          *Press, LLC*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED JOINT EXHIBIT LIST