# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV-10-2231-R　　　　　　　　　　　　　　　Date: **June 29, 2011**

TITLE: **JARED EDWARDS V. KEENAN IVORY WAYANS et al**

================================================================

PRESENT:

**HON. MANUEL L. REAL, JUDGE**

| **William Horrell** | **Maria Bustillos** |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　　　**ATTORNEYS PRESENT FOR DEFENDANTS:**

　　Basil Sitaras　　　　　　　　　　　　　　　　　Jesse Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　September Rea

**PROCEEDINGS:**　Defendants' motion in limine # 1 to limit plaintiff's potential recovery of profits to gross revenue attributable to the allegedly infringing book
　　　　　　　　　Defendants' motion in limine # 2 to preclude plaintiff's recovery of profits from St. Martin's Press

　　The Court hears arguments of counsel.

　　The Court GRANTS defendants' motions in limine # 1 and # 2, for reasons as stated on the record.

　　Defendants shall submit proposed orders.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　10 min

**MINUTES FORM 90**　　　　　　　　　　　　　　　　**Initials of Deputy Clerk　WH**
**CIVIL -- GEN**