# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED EDWARDS,<br><br>        Plaintiff<br><br>vs.<br><br>KEENEN IVORY WAYANS, SHAWN WAYANS, MARLON WAYANS, WAYANS BROTHERS PRODUCTIONS, AND ST. MARTIN'S PRESS, INC.,<br><br>        Defendants. | CASE NO. 2:10-cv-02231 R (RCX)<br><br>Honorable Manuel Real,<br>*Courtroom 8, USDC - Central District*]<br><br>**ORDER RE DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**<br><br>Trial Date: July 12, 2011 |

1

ORDER RE DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

1   The Court having read and considered Defendants Keenen Ivory Wayans,
2   Shawn Wayans, Marlon Wayans, Wayans Bros. Productions, and St. Martin's Press,
3   LLC's (collectively, "Defendants") Proposed Voir Dire Questions, it is of the opinion
4   that the questions contained therein shall be submitted to the jury panel for voir dire
5   in this matter.
6   It is HEREBY ORDERED THAT Defendants' Proposed Voir Dire Questions
7   shall be submitted to the jury panel for voir dire in this matter.

Dated_____          _____
                             The Honorable Manuel Real
                             United States District Judge