Jesse A. Kaplan, Esq. (SBN 255059)
    jkaplan@ftllp.com
September Rea (SBN 261121)
    srea@ftllp.com
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Defendants Keenen Ivory Wayans,
Shawn Wayans, Marlon Wayans,
Wayans Bros. Productions, and
St. Martin's Press, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED PLAINTIFF, | CASE NO. 2:10-cv-02231 R (RCX) |
| Plaintiff | [Honorable Manuel Real, *Courtroom 8, USDC - Central District*] |
| vs. | **DEFENDANTS' PROPOSED JURY VERDICT FORMS** |
| KEENEN IVORY WAYANS, SHAWN WAYANS, MARLON WAYANS, WAYANS BROTHERS PRODUCTIONS, AND ST. MARTIN'S PRESS, INC., | |
| Defendants. | Trial Date: July 12, 2011 |

1

## No 1: Copyright – Ownership of Valid Copyright

| Requested by Plaintiff | | Requested by Defendant | | Requested by | |
|---|---|---|---|---|---|
| Given as Requested | | Given as Modified | | Given on Court's Motion | |
| Refused | | | | | |
| Withdrawn | | Judge_____ | | | |

We answer the questions submitted to us as follows:

     1.    Was Plaintiff Jared Plaintiff ("Plaintiff") the creator or author of the list of jokes entitled *You Know You're a Golddigger When…*?

_____ Yes _____ No

     If your answer to question 1 is yes, then answer question 2. If your answer to question 1 is no, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

     2.    Are the jokes on the list referred to as *You Know You're a Golddigger When…* original jokes?

_____ Yes _____ No

Signed: _____
Presiding Juror

Dated:_____

2

DEFENDANTS' PROPOSED JURY VERDICT FORMS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

After all applicable verdict forms have been signed, deliver this verdict form to the clerk.  If your answer to both questions 1 and 2 is yes, proceed to verdict form Number 2.  If your answer to either question on this form is no, Plaintiff does not own a valid copyright.  Skip to verdict form Number ____ (Breach of Implied-In-Fact Contract).

3

**No 2: Copyright - Work for Hire**

| Requested by Plaintiff | | Requested by Defendant | | Requested by | |
|---|---|---|---|---|---|
| Given as Requested | | Given as Modified | | Given on Court's Motion | |
| Refused | | Judge_____ | | | |
| Withdrawn | | | | | |

We answer the question submitted to us as follows:

     1.    Was Plaintiff working within the scope of his employment for the Wayans Defendants or one of their businesses when he worked on the list of jokes entitled *You Know You're a Golddigger When...*?

_____ Yes  _____ No

Signed: _____
Presiding Juror

Dated:_____

After all applicable verdict forms have been signed, deliver this verdict form to the clerk. If your answer to questions 1 is no, proceed to verdict form Number 3. If your answer to this question is yes, Plaintiff does not own a valid copyright in the work at issue because it was a work for hire. Skip to verdict form Number ____ (Breach of Implied-In-Fact Contract).

4

DEFENDANTS' PROPOSED JURY VERDICT FORMS

**No 3: Copyright – Infringement**

| Requested by Plaintiff | | Requested by Defendant | | Requested by | |
|---|---|---|---|---|---|
| Given as Requested | | Given as Modified | | Given on Court's Motion | |
| Refused | | | | | |
| Withdrawn | | Judge_____ | | | |

We answer the question submitted to us as follows:

     1.    Did the Defendants publish original jokes authored or created by Plaintiff in the book *101 Ways to Know You're a Golddigger?*

_____ Yes  _____ No

Signed: _____
Presiding Juror

Dated:_____

After all applicable verdict forms have been signed, deliver this verdict form to the clerk.  If your answer to question 1 is yes, proceed to verdict form Number 4.  If your answer to either question on this form is no, Defendants did not infringe on Plaintiff's copyright.  Skip to verdict form Number ____ (Breach of Implied-In-Fact Contract).

DEFENDANTS' PROPOSED JURY VERDICT FORMS

**No 4: Waiver of Copyright Infringement Based on Plaintiff's Consent**

| Requested by Plaintiff | | Requested by Defendant | | Requested by | |
|---|---|---|---|---|---|
| Given as Requested | | Given as Modified | | Given on Court's Motion | |
| Refused | | | | | |
| Withdrawn | | Judge_____ | | | |

We answer the questions submitted to us as follows:

1.    Did Plaintiff verbally tell any of the Wayans Defendants that they could use his jokes in the book *101 Ways to Know You're a Golddigger*?


_____ Yes _____ No

> If your answer to question 1 is no, then answer question 2.  If your answer to question 1 is yes, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.


2.    At any time prior to the publication of the book *101 Ways to Know You're a Golddigger*, did Plaintiff believe that the Wayans Defendants were considering using his jokes in that book?


_____ Yes _____ No

> If your answer to question 2 is yes, then answer question 3.  If your answer to question 2 is no, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

DEFENDANTS' PROPOSED JURY VERDICT FORMS

3.      Prior to the publication of book *101 Ways to Know You're a Golddigger*, did Plaintiff appear to consent to the Wayans Defendants' use of his jokes by encouraging the Wayans to use his jokes in that book?

_____ Yes  _____ No

> If your answer to question 3 is no, then answer question 4.  If your answer to question 3 is yes, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

4.      Prior to the publication of book *101 Ways to Know You're a Golddigger*, did Plaintiff appear to consent to the Wayans Defendants' use of his jokes by not voicing any objection to their use of his jokes in that book?

_____ Yes  _____ No

Signed: _____
Presiding Juror

Dated:_____

After all applicable verdict forms have been signed, deliver this verdict form to the clerk.  If your answer to all answered questions on this form is no, proceed to verdict form Number 5.  If your answer to questions 1, 3 and 4 is yes, Plaintiff has waived any copyright infringement.  Skip to verdict form Number _____ (Breach of Implied-In-Fact Contract).

DEFENDANTS' PROPOSED JURY VERDICT FORMS

**No 5: Copyright – Joint Authors**

| Requested by Plaintiff | | Requested by Defendant | | Requested by | |
|---|---|---|---|---|---|
| Given as Requested | | Given as Modified | | Given on Court's Motion | |
| Refused | | Judge_____ | | | |
| Withdrawn | | | | | |

We answer the question submitted to us as follows:

1.      Was the book *101 Ways to Know You're a Golddigger* a joint work to which both Plaintiff and the Wayans Defendants (or the Wayans Defendants' employees or agents) contributed to with the intent that their contributions would be merged into one book?

_____ Yes  _____ No

Signed: _____
Presiding Juror

Dated:_____

After all applicable verdict forms have been signed, deliver this verdict form to the clerk.  Please proceed to verdict form Number 6.

8

DEFENDANTS' PROPOSED JURY VERDICT FORMS

**No 6: Copyright Infringement -- Plaintiff's Recovery of the Wayans Defendants' Profits**

| Requested by Plaintiff | | Requested by Defendant | | Requested by | |
|---|---|---|---|---|---|
| Given as Requested | | Given as Modified | | Given on Court's Motion | |
| Refused | | | | | |
| Withdrawn | | Judge_____ | | | |

We answer the questions submitted to us as follows:

<u>GROSS REVENUE</u>

1.    Did the Wayans Defendants earn revenue from the book *101 Ways to Know You're a Golddigger* in the form of an advance paid by the book's publisher?

_____ Yes _____ No

> If your answer to question 1 is yes, then answer question 2. If your answer to question 1 is no, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

2.    What is the amount of gross revenue that the Wayans Defendants earned from the book *101 Ways to Know You're a Golddigger* in the form of an advance paid by the book's publisher?

$_____

> Regardless of your answer to question 2, answer question 3.

9

## NET PROFITS

3.    What are the expenses that the Wayans Defendants incurred related to the book *101 Ways to Know You're a Golddigger*?

      a.    Commissions to their talent agent?      $_____

      b.    Artists fees and salaries?      $_____

      c.    Overhead related to the book *101 Ways to Know You're a Golddigger* including without limitation, office rent and employee salaries?

                                                     $_____

      d.    Any other expenses related to the book *101 Ways to Know You're a Golddigger*?

                                                     $_____

TOTAL EXPENSES:      $_____

      Regardless of your answer to question 3, answer question 4.

4.    To compute the Wayans Defendants' net profits, deduct all expenses related to the book *101 Ways to Know You're a Golddigger* identified in the response to question 3 from the Wayans Defendants' gross revenue from that book identified in the response to question 2:

                                                     $_____

      Regardless of your answer to question 4, answer question 5.

DEFENDANTS' PROPOSED JURY VERDICT FORMS

## APPORTIONMENT OF PROFITS TO INFRINGEMENT

5.      Would the publisher St. Martin's Press have purchased the rights to the book *101 Ways to Know You're a Golddigger* and paid the Wayans Defendants the total amount of the advance even without Plaintiff's jokes?

_____ Yes  _____ No

>        If your answer to question 5 is no, then answer question 6.  If your answer to question 5 is yes, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

6.      What percentage of the advance paid by the publisher for the book *101 Ways to Know You're a Golddigger* is attributable to elements other than Plaintiff's jokes?

a.      The Wayans Defendants' celebrity and perceived name recognition?

_____%

b.      The Wayans Defendants' brand?       _____%

c.      The artwork in the book?       _____%

d.      Jokes in the book that were not written by Plaintiff?

_____%

d.      Any other creative contributions to the book, including without limitation, the Wayans' Defendants' other creative contributions?

_____%

e.      Any other factors?

_____%

11

DEFENDANTS' PROPOSED JURY VERDICT FORMS

TOTAL PERCENTAGEATTRIBUTABLE TO OTHER FACTORS: _____%

Regardless of your answer to question 6, answer question 7.

    7.    Subtract the total percentage identified in your response to question 6 from 100% to calculate the percentage of the Wayans Defendants' profits attributable to their publication of Plaintiff's jokes:

    _____%

Regardless of your answer to question 7, answer question 8.

    8.    Multiply the percentage identified in the response to question 7 by the net profits identified in the response to question 4:

$_____

Signed: _____
      Presiding Juror

Dated:_____

After all applicable verdict forms have been signed, deliver this verdict form to the clerk. Please proceed to verdict form Number _____ (Breach of Implied-In-Fact Contract).

12

DEFENDANTS' PROPOSED JURY VERDICT FORMS

**No 7: Breach of Implied Contract – Statute of Limitations**

| Requested by Plaintiff | | Requested by Defendant | | Requested by | |
|---|---|---|---|---|---|
| Given as Requested | | Given as Modified | | Given on Court's Motion | |
| Refused | | | | | |
| Withdrawn | | Judge_____ | | | |

We answer the questions submitted to us as follows:

      1.    At any time prior to December 17, 2007, did Plaintiff know that the Wayans Defendants intended on including any portion of his original jokes in a book that would be entitled *101 Ways to Know You're a Golddigger*?

_____ Yes  _____ No

Signed: _____
Presiding Juror

Dated:_____

After all verdict forms have been signed, deliver this verdict form to the clerk.  If your answer to question 1 of this form is yes, Plaintiff's cause of action for breach of implied contract is barred by the applicable two year statute of limitations.

13

DEFENDANTS' PROPOSED JURY VERDICT FORMS

1    Dated: July 5, 2011                    FREEDMAN & TAITELMAN, LLP

2

3                                           By: ____/s/_____
                                            Jesse A. Kaplan, Esq.
4                                           September Rea, Esq.
                                             Attorneys for Defendants Keenen Ivory
5                                           Wayans, Shawn Wayans, Marlon Wayans,
                                            Wayans Bros. Productions, and St. Martin's
6                                           Press, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' PROPOSED JURY VERDICT FORMS