KENNETH P. THOMPSON, PHV
*Email: kthompson@thompsonwigdor.com*
BASIL C. SITARAS, PHV
*Email: bsitaras@thompsonwigdor.com*
THOMPSON WIGDOR LLP
85 Fifth Avenue
New York, New York 10003
Phone: (212) 257-6800
Fax:    (212) 257-6845

Counsel for Plaintiff
**JARED EDWARDS**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED EDWARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEENEN IVORY WAYANS, et al.,<br><br>　　　　Defendants. | CASE NO. CV10- 2231 R (RCx)<br><br>The Honorable Manuel L. Real<br>Courtroom 8<br><br>**[PROPOSED] VERDICT FORM**<br><br>Trial Date: July 12, 2011<br>Location: Courtroom 8 |

Plaintiff Jared Edwards respectfully submits the following proposed verdict form pursuant to Fed. R. Civ. P. 49, L.R. 49, and the Procedures of the Honorable Manuel L. Real, and respectfully requests permission to supplement or modify this proposed verdict form as may be necessary or appropriate after submission of all of the evidence at trial or during an appropriate conference with the Court.  Plaintiff Jared Edwards asserts the following claims against Defendants Keenen Ivory Wayans, Shawn Wayans, Marlon Wayans and Wayans Bros. Productions ("Wayans Defendants") and St. Martin's Press, LLC ("Defendant SMP") (collectively, the Defendants): (1) Copyright infringement in violation of the Copyright Act, 17 U.S.C. §§ 101 et seq., and (2) Breach of implied contract under California law.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED EDWARDS, | CASE NO. CV10- 2231 R (RCx) |
| Plaintiff, | The Honorable Manuel L. Real |
| v. | |
| KEENEN IVORY WAYANS, et al., | |
| Defendants. | Trial Date: July 12, 2011<br>Location: Courtroom 8 |

## JURY VERDICT SHEET

WE, THE JURY, FIND AS FOLLOWS:

### COPYRIGHT CLAIM

1. Do you find that Jared Edwards demonstrated, by a preponderance of the evidence, that he is the owner of a valid copyright of the work *"You Know You're a Golddigger When…"*?

    \_\_\_\_\_ Yes          \_\_\_\_\_ No

    If you answered "Yes" to Question 1, please proceed to Question 2.

    If you answered "No" to Question 1, please go to Question 4.

2. Do you find that Jared Edwards demonstrated, by a preponderance of the evidence, that Defendants copied original elements from the copyrighted work *"You Know You're a Golddigger When…"* in the *101 Ways to Know You're a Golddigger* book?

    \_\_\_\_\_ Yes          \_\_\_\_\_ No

    If you answered "Yes" to Question 2, please proceed to Question 3.

    If you answered "No" to Question 2, please go to Question 4.

3. What amount of damages do you find that Jared Edwards has proven, by a preponderance of evidence, that Defendants caused him as a result of their copyright infringement?

$$\$_____$$

Please continue to Question 4.

## BREACH OF IMPLIED CONTRACT

4. Do you find that Jared Edwards demonstrated, by a preponderance of the evidence, that he prepared the work *"You Know You're a Golddigger When…"*?

    \_\_\_\_\_ Yes        \_\_\_\_\_ No

    If you answered "Yes" to Question 4, please proceed to Question 5.
    If you answered "No" to Question 4, you have concluded your deliberations.

5. Do you find that Jared Edwards demonstrated, by a preponderance of the evidence, that he disclosed *"You Know You're a Golddigger When…"* for sale under circumstances from which it could be concluded that Defendants voluntarily accepted the disclosure knowing the conditions on which it was tendered?

    \_\_\_\_\_ Yes        \_\_\_\_\_ No

    If you answered "Yes" to Question 5, please proceed to Question 6.
    If you answered "No" to Question 5, you have concluded your deliberations.

6. What is the reasonable value for the disclosure and/or work of *"You Know You're a Golddigger When…"* that Jared Edwards has proven, by a preponderance of the evidence, that Defendants failed to pay as a result of their breach of implied contract?

$\$$_____

You have concluded your deliberations. Please sign and date the verdict sheet.

SO SAY WE ALL.

DATED this _____ DAY OF JULY, 2011.

_____

Foreperson

| | |
|---|---|
| 1 | SUBMITTED BY: |
| 2 | Dated: July 5, 2011          THOMPSON WIGDOR LLP |

By: _____/s/_____
Kenneth P. Thompson, Esq.
Basil C. Sitaras, Esq.
Attorneys for Plaintiff Jared Edwards